# CHARGc OF DISCRIMINATION

AGENCY  CHARGE NUMBER

This form Is affactad by tha Privacy Act of 1974; Saa Privacy Act Statement before completing this forn.

State of Illinois Department of Human Rights and EEOC
*State or local Agency, if any*

HAUE (Indl-meNr.. Us.. Mrs.)
**Sharon Prilljjman**

HOME TELEPHONE (Include Jre, :-o)

STREET ADDRESS
**203 Maple St-P.O.Rny**

CITY, STATE AND ZIP COOE
**Tl**

DATE OF BIRTH

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST UE. ftr aore cm on* it,c o*i_ol,.j

NAME
**Galley Eye Clinic**

NUMBER OF EMPLOYEES, MEMBERS **15±**

TELEPHONE (Include Ares Co.e")

STREET ADDRESS
**1104 N.**

CITY, STATE AND ZIP CODE
**Vo-rmi 1 i n    le, Tl fi**

COUNTY
**Vermilion Rt**

NAME

STREET ADDRESS       CITY, STATE AND ZIP COOE       COUNTY

TELEPHONE NUMBER (Include Area Coat)

;AUSE OF DISCRIMINATION BASED ON (CtiecX tpproprttce oozfesJJ

0 RACE    CDcOLCa /    QSEX    CD RELIGION    CD HATIOMAL ORIQIH
CD RETALIATION    Q9 AGE    CD DISABILITY    CD OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE.
EARLIEST      LATEST
5-22-01       5-22-01

CD CONTINUING ACTION

THE PARTICULARS ARE (1C attdttloatl sp»ce It needed, tcctch extra, sneet(s)):

I. A.   ISSUE/BASIS
   B.   1.   Discharge on May 22, 2001, because of age discrimination.

        PRIMA FACIE ALLEGATIONS
        1.   I was 59 years of age at the time of my discharge.

        2.   I was well qualified and perform all assigned duties in a manner consistent with policy and expectations.

        3.   I was discharged on May 22, 2001^-vMy ^discharge was without' warrant and no specificity was offered pursuant thereto.

        4.   .Respondent has not subjected younger employees to unwarranted discharge.

"OFFICIAL SEAL"
IS£f CAROL D. MATTHEWS 1
COMMISSION exHiRESOi/io/03t

CS. I want thlx charg* riled with both the EEOC and the State^or local Agency, If any. I will advise the agencies ir I change «y address or t«l«pnon« nuaber and cooperate fully with tne> In the processing of «y charge In accordance with their procedures.

I swear or affIr* that I have read the above charge and that It is true to the best of *y knowledge, Information and belief.

I declare undtr penalty of perjury that the foregoing Is true and correct.
Oite

×_____
Charging plrty (stgatcure)

SIGNATURE OF COMPLAINAffT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day,

Bontn, and yea

FILING SUIT IN COURT OF COMPETENT JURISDICTION

PRIVATE SUIT RIGHTS:

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should keep a record of this date. Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed well in advance of the expiration of the 90-day period.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a private employer is generally filed in the U.S. District Court.

A lawsuit under Title VIE of the Civil Rights Act of 1964, as amended, against a State agency or a political subdivision of the
State is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act of the Americans with Disabilities Act or, probably, the Equal Pay Act against a State instrumentality (an agenpy directly funded and controlled by the State) can only be filed in a State court.

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a political subdivision of the State, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

IF THE FIRST THREE CHARACTERS OF YOUR EEOC CHARGE NUMBER ARE "21B" AND YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMPST OF HUMAN RIGHTS (H>HR), REQUEST FOR REVffi WING AND COPYING DOCUMENTS FROM YOUR FILE MUST BE DIRECTED TO IDHR.

ATTORNEY REPRESENTATION:

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may, assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

DESTRUCTION OF FILE:

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved.

**Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.**

Information on Where to File Suit

**You have been notified of your right to file suit in Federal District Court. Suit is ordinarily filed in the District Court having jurisdiction of the county in which the employer, against whom you filed a charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.**

IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.