**E-FILED**

Wednesday, 22 December, 2004  04:56:58 PM

Clerk, U.S. District Court, ILCD

AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____    District of _____    Illinois _____

SHARON PRILLAMAN,
PLAINTIFF

**SUMMONS IN A CIVIL ACTION**

V.

GAILEY EYE CLINIC,
DEFENDANT

CASE NUMBER:   04-2290

TO: (Name and address of Defendant)

Gailey Eye Clinic
1104 North Vermilion
Danville, Illinois  61832

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois  61832
217/367-8734

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters

12/22/2004

CLERK

DATE

s/V. Ball

(By) DEPUTY CLERK