6543

**E-FILED**
Monday, 10 January, 2005  01:03:46 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Central _____ District of _____ Illinois

SHARON PRILLAMAN,
PLAINTIFF

V.

GAILEY EYE CLINIC,
DEFENDANT

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 04-2290

TO: (Name and address of Defendant)

Gailey Eye Clinic
1104 North Vermilion
Danville, Illinois  61832

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois  61832
217/367-8734

an answer to the complaint which is served on you with this summons, within ~~30~~ 20 days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  12/22/2004

1-4-05  1:57/Aw

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | January 4, 2005 @ 1:57 P.M. |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| David A. Briggs | Investigator |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Gailey Eye Clinic ℅ Manager - Patti Jansky w/F 11-15-73 dob @ 1104 N. Vermilion, Danville, IL 61832

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| $40.00 | $15.- | $55.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __January 4, 2005__
            Date            Signature of Server

311 W. University, Champaign, IL 61820
Address of Server

Midwest Detective Agency, Inc.
Lic. # 117-543 # 115-1373

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.