01328-P4235
RPK:dkl
G:\35\P4235\P4235EOA 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 04 CV 2290 |
| | ) | |
| GAILEY EYE CLINIC, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

NOW COMES HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters its appearance in the above-captioned cause on behalf of the Defendant, GAILEY EYE CLINIC.

Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

| | |
|---|---|
| s/ Richard P. Klaus | s/ Monica H. Sholar |
| Attorney for Defendants | Attorney for Defendants |
| Heyl, Royster, Voelker & Allen | Heyl, Royster, Voelker & Allen |
| Suite 300 | Suite 300 |
| 102 E. Main Street | 102 E. Main Street |
| P.O. Box 129 | P.O. Box 129 |
| Urbana, IL 61803-0129 | Urbana, IL 61803-0129 |
| 217-344-0060 Phone | 217-344-0060 Phone |
| 217-344-9295 Fax | 217-344-9295 Fax |
| E-mail: rklaus@hrva.com | E-mail: msholar@hrva.com |

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Marvin Gerstein
803 South Grove Street
Urbana, IL 61801

                                            s/ Richard P. Klaus
                                            Attorney for Defendant
                                            Heyl, Royster, Voelker & Allen
                                            Suite 300
                                            102 E. Main Street
                                            P.O. Box 129
                                            Urbana, IL 61803-0129
                                            217-344-0060 Phone
                                            217-344-9295 Fax
                                            E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2