01328-P4235
MHS
G:\35\P4235\P4235PAN 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 04 CV 2290 |
| GAILEY EYE CLINIC, | ) |
| Defendant. | ) |

## ANSWER

Defendant, GAILEY EYE CLINIC (hereafter, "Gailey"), by Richard P. Klaus and Monica H. Sholar of HEYL, ROYSTER, VOELKER & ALLEN, its attorneys, for its Answer to the Complaint of the Plaintiff, SHARON PRILLAMAN, hereby states as follows:

1. Defendant admits the allegations of Paragraph 1.

2. Defendant admits the allegations of Paragraph 2.

3. The allegations set forth herein are legal conclusions, and no answer is required. To the extent an answer is required, Defendant denies the allegations to the extent that they are inconsistent with the referenced statutes.

4. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations set forth in this paragraph.

5. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations set forth in this paragraph.

6. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations set forth in this paragraph.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

7. Defendant lacks sufficient knowledge and information to form a belief as to the truth of the allegations set forth in this paragraph.

8. Defendant admits the allegations of Paragraph 8.

9. Defendant admits that on or about March 1, 2001 Gailey transferred bookkeeping responsibilities of the Defendant's Danville, Illinois facility to their Bloomington, Illinois facility. Defendant admits that some accounts were still handled in Danville, but Defendant denies that any patient account responsibilities were to remain at the Danville Facility permanently.

10. Defendant admits Plaintiff had performed some bookkeeping with Danville Eye Clinic, but Defendant denies the remaining allegations.

11. Defendant denies the allegations set forth in this paragraph.

12. Defendant admits that toward the end of March 2001, the Plaintiff began observing the employment duties at the front desk. The Defendant denies the remaining allegations set forth in this paragraph.

13. Defendant denies the allegations of Paragraph 13.

14. Defendant denies the allegations of Paragraph 14.

15. Defendant admits the allegations of Paragraph 15.

16. Defendant denies the allegations set forth in this paragraph.

17. Defendant admits the allegations of Paragraph 17.

18. Defendant denies the allegations of Paragraph 18.

19. Defendant admits that the Plaintiff had experience with the Danville Eye Clinic balancing accounts receivables on a monthly basis. Defendant denies the remaining allegations in this paragraph.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

20.     Defendant admits that Ambre Todd was assigned to the front desk position part time on our about April 11, 2001. The Defendant denies that this position included patient account responsibilities, and denies the remaining allegations.

21.     Defendant denies the allegations of Paragraph 21.

22.     Defendant denies the allegations of Paragraph 22.

23.     Defendant denies the allegations of Paragraph 23.

24.     Defendant denies the allegations of Paragraph 24.

25.     Defendant admits the allegations of Paragraph 25.

26.     Defendant admits the Plaintiff was older than 40, but Defendant denies that the Plaintiff has a cause of action under ADEA, and denies the remaining allegations.

27.     Defendant denies the allegations of Paragraph 27.

WHEREFORE, Defendant respectfully requests that this Court enter judgment in its favor.

DEFENDANT DEMANDS A TRIAL BY JURY.

          GAILEY EYE CLINIC, Defendant

By:   s/ Richard P. Klaus
       Attorney for Defendants
       Heyl, Royster, Voelker & Allen
       Suite 300
       102 E. Main Street
       P.O. Box 129
       Urbana, IL 61803-0129
       217-344-0060 Phone
       217-344-9295 Fax
       E-mail: rklaus@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on January 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Marvin Gerstein
803 South Grove Street
Urbana, IL 61801

                                        s/ Richard P. Klaus
                                        Attorney for Defendants
                                        Heyl, Royster, Voelker & Allen
                                        Suite 300
                                        102 E. Main Street
                                        P.O. Box 129
                                        Urbana, IL 61803-0129
                                        217-344-0060 Phone
                                        217-344-9295 Fax
                                        E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060