E-FILED
Wednesday, 26 January, 2005  10:49:46 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-CV-2290 |
| GAILEY EYE CLINIC, | ) |
| Defendant. | ) |

CERTIFICATE OF COMPLIANCE

NOW COMES the Plaintiff, SHARON PRILLAMAN, by and through her attorney, MARVIN GERSTEIN, and for her Certificate of Compliance of the initial disclosure requirements of Fed.R.Civ.P. 26(f) certifies that all documentary matters within Plaintiff SHARON PRILLAMAN'S attorney's possession have been disclosed to the Defendant, GAILEY EYE CLINIC, by mailing same to Attorney Richard Klaus, Heyl, Royster, Voelker & Allen, 102 East Main Street, Suite 300, Post Office Box 129, Urbana, Illinois 61803-0129 on this 26th day of January, 2005 by depositing same in the United States Mail.

DATED:     January 26, 2005          Respectfully submitted,

                                     BY:    s/Marvin Gerstein
                                            Marvin Gerstein Bar Number:  0942162
                                            Attorney for Plaintiff
                                            Marvin Gerstein Attorney at Law
                                            803 South Grove Street
                                            Urbana, Illinois  61801
                                            Telephone: 217/367-8734
                                            Email: MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.  04-CV-2290 |
| GAILEY EYE CLINIC, | ) ) ) | |
| Defendant. | ) | |

CERTIFICATE OF SERVICE

I, the Undersigned, certify that a copy of the foregoing Certificate of Compliance was served upon the parties named therein by enclosing said document in an envelope addressed to:

Mr. Richard Klaus
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, on the 26th day of January, 2005.

BY:   s/Marvin Gerstein
Marvin Gerstein Bar Number:  0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone:  217/367-8734
Email:  MiraG60@aol.com