E-FILED
Wednesday, 02 February, 2005  09:52:59 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-CV-2290 |
| GAILEY EYE CLINIC, | ) ) ) |
| Defendant. | ) |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff being represented by MARVIN GERSTEIN and Defendant being represented by RICHARD KLAUS of Heyl, Royster, Voelker & Allen, counsel met on January 31, 2005 for the purpose of formulating a proposed discovery calendar for consideration by the Court. The following are dates which counsel have agreed upon.

1. The deadline for amendment of pleadings is April 30, 2005, subject to discovery of additional matters requiring amendment of the pleadings.

2. The deadline for joining additional parties is April 30, 2005, subject to discovery of additional parties requiring amendment of the pleadings.

3. Plaintiff shall disclose experts and provide expert reports by November 1, 2005. Plaintiff shall make any such experts available for deposition by February 1, 2006.

4. Defendant shall disclose experts and provide expert reports by December 1, 2005. Defendant shall make any such experts available for deposition by March 1, 2006.

5. Discovery shall be modified as follows:

6. All discovery, including deposition of experts, is to be completed by May 1, 2006.

7. The deadline for filing case dispositive motions shall be June 30, 2006.

| SHARON PRILLAMAN, Plaintiff | GAILEY EYE CLINIC, Defendant |
|---|---|
| BY: _____ | BY: _____ |
| MARVIN GERSTEIN | RICHARD KLAUS |
| Attorney at Law | Heyl, Royster, Voelker & Allen |
| 803 South Grove Street | 102 East Main Street, Suite 300 |
| Urbana, Illinois 61801 | Post Office Box 129 |
| 217/367-8734 | Urbana, Illinois 61803-0129 |
| | 217/344-0060 |

## ORDER

This Court accepts the discovery calendar itemized above with any noted changes, as well as the additions below.

The matter is scheduled for a *telephone status conference* before

_____ on _____.

The matter is scheduled for *final pretrial conference* by personal appearance before

_____ on _____.

The matter is scheduled for *jury selection/jury trial or bench trial* before

_____ on _____

(Case No. _____).


ENTERED this _____ day of _____, 2005.


_____