E-FILED
Monday, 04 April, 2005  04:20:16 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON PRILLAMAN,       ) | |
|                   Plaintiff,       ) | |
| v.                                      ) | |
|                                             ) | Case No. 04-2290 |
| GAILEY EYE CLINIC,           ) | |
|                   Defendant.     ) | |

### DISCOVERY ORDER

A discovery conference was held **March 30, 2005**, pursuant to FRCP 16 and local rule 16.2(A). Plaintiff appeared by Marvin I. Gerstein. Defendant appeared by Richard P. Klaus. The progress of discovery to date was discussed. Deadlines were proposed by counsel and approved by the Court.

**WHEREFORE, IT IS ORDERED:**

1. The deadline for amendment of pleadings is **April 30, 2005.**

2. The deadline for joining additional parties is **April 30, 2005.**

3. Plaintiff shall disclose experts and provide expert reports by **November 1, 2005.** Plaintiff shall make any such experts available for deposition by **February 1, 2006.**

4. Defendant shall disclose experts and provide expert **December 1, 2005.** Defendant shall make any such experts available for deposition by **March 1, 2006.**

6. All discovery, including deposition of experts, is to be completed by **May 1, 2006.**

7. The deadline for filing case dispositive motions shall be **June 30, 2006.**

8. The matter is scheduled for *final pretrial conference* by personal appearance before the Honorable Michael P. McCuskey, U.S. District Judge, on **October 27, 2006, at 2:30 p.m.**

9. The matter is scheduled for *jury selection and jury trial* before the Honorable Michael P. McCuskey, U.S. District Judge, on **November 6, 2006, at 9:00 a.m. (Case No. 1).**

ENTER this 4th day of April, 2005.

                                                      s/ DAVID G. BERNTHAL
                                                      U.S. MAGISTRATE JUDGE