01328-P4235
MHS
G:\35\P4235\P4235DCC 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 04 CV 2290 |
| | ) | |
| GAILEY EYE CLINIC, | ) | |
| | ) | |
| Defendant. | ) | |

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney hereby certifies that on the 13th day of April, 2005, she served copies of the **DEFENDANT'S RULE 26 DISCLOSURE** to the Plaintiff by depositing same in the U.S. Mail at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Marvin Gerstein
803 South Grove
Urbana, IL  61801

As requested by the Federal Court of the Central District of Illinois, the original of said **DEFENDANT'S RULE 26 DISCLOSURE** was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/ Monica H. Sholar
Attorney for Defendant
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: msholar@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060