E-FILED
Monday, 18 April, 2005 01:58:20 PM
Clerk, U.S. District Court, ILCD

01328-P4235
MHS
G:\35\P4235\P4235COS 001

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04 CV 2290 |
| ) | |
| GAILEY EYE CLINIC, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE FOR DISCOVERY

The undersigned attorney hereby certifies that on the 18th day of April, 2005, he served copies of **INTERROGATORIES and a REQUEST TO PRODUCE** to the Plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Marvin Gerstein
803 South Grove Street
Urbana, IL 61801

As requested by the Federal Court of the Central District of Illinois, the originals of said Interrogatories and Request to Produce were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/ Richard P. Klaus
Attorney for Defendant
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060