IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No.  04-CV-2290 |
| GAILEY EYE CLINIC, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Response to Request to Produce was served upon the parties named therein by enclosing said document in an envelope addressed to:

Mr. Richard Klaus
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, on the 27th day of May, 2005.

BY: _s/Marvin Gerstein_
Marvin Gerstein Bar Number:  0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone:  217/367-8734
Email:  MiraG60@aol.com

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
(217) 367-8734