IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  04-CV-2290 |
| | ) | |
| GAILEY EYE CLINIC, | ) | |
| | ) | |
| Defendant. | ) | |

<u>CERTIFICATE OF SERVICE FOR DISCOVERY</u>

  The undersigned attorney hereby certifies that on the 6th day of June, 2005, he served copies of Answers to Interrogatories by depositing same in the U. S. Mail in Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Richard Klaus
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

  As requested by the Federal Court of the Central District of Illinois, the originals of said Answers to Interrogatories were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

                BY: <u>s/Marvin Gerstein</u>
                   Marvin Gerstein Bar Number:  0942162
                   Attorney for Plaintiff
                   Marvin Gerstein Attorney at Law
                   803 South Grove Street
                   Urbana, Illinois  61801
                   Telephone:  217/367-8734
                   Email:  <u>MiraG60@aol.com</u>