E-FILED
Monday, 19 September, 2005 04:35:45 PM
Clerk, U.S. District Court, ILCD

01328-P4235
RPK/dkl
G:\35\P4235\P4235PMI 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No.: 04 CV 2290 |
| GAILEY EYE CLINIC, | ) ) | |
| Defendant. | ) | |

**MOTION TO WITHDRAW**

Richard P. Klaus of Heyl, Royster, Voelker & Allen, respectfully moves this Court for leave to withdraw as counsel of record for the Defendants. For his motion, Richard P. Klaus states as follows:

1. Richard P. Klaus has been appointed an associate circuit judge for the Sixth Judicial Circuit, Champaign County, Illinois. The appointment was certified by the Administrative Office of the Illinois Courts on September 13, 2005. Pursuant to the Order of the Presiding Judge of the Sixth Judicial Circuit, the appointment becomes effective on September 30, 2005.

2. Pursuant to the Illinois Code of Judicial Conduct, as of September 30, 2005, Richard P. Klaus is required to devote full time to the duties of associate circuit judge, and is further obligated to cease practicing law.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

WHEREFORE, Defendants respectfully request that this Court enter an Order granting Richard P. Klaus leave to withdraw his appearance.

GAILEY EYE CLINIC,
Defendant

s/ Richard P. Klaus
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Marvin Gerstein
803 South Grove Street
Urbana, IL 61801

s/ Richard P. Klaus
Attorney for Defendant
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: rklaus@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060