01328-P4235
EMW/slc
G:\35\P4235\P4235EOA 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>GAILEY EYE CLINIC, )<br>)<br>Defendant. ) | No.: 04 CV 2290 |

**ENTRY OF APPEARANCE**

NOW COMES Edward M. Wagner of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters its appearance in the above-captioned cause on behalf of the defendant, GAILEY EYE CLINIC.  Pursuant to CDIL-LR 83.5(E), the undersigned is a member in good standing of the Bar of this Court.

s/Edward M. Wagner
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: ewagner@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2005, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Mr. Marvin Gerstein
>803 South Grove Street
>Urbana, IL 61801

>s/Edward M. Wagner
>Attorney for Defendant
>Heyl, Royster, Voelker & Allen
>Suite 300
>102 E. Main Street
>P.O. Box 129
>Urbana, IL 61803-0129
>217-344-0060 Phone
>217-344-9295 Fax
>E-mail: ewagner@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060