IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.  04-CV-2290 |
| ) | |
| GAILEY EYE CLINIC, ) | |
| ) | |
| Defendant. ) | |

CERTIFICATE OF SERVICE FOR DISCOVERY

The undersigned attorney hereby certifies that on the 9th day of March, 2006, he served copy of Plaintiff Sharon Prillaman's Supplemental Interrogatories to Defendant Gailey Eye Clinic by depositing same in the U. S. Mail at Urbana, Illinois, with proper postage affixed thereto, to:

Ms. Monica Sholar
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

As requested by the Federal Court of the Central District of Illinois, the original of said document was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copy was served as stated herein.

BY:   s/Marvin Gerstein
Marvin Gerstein Bar Number:  0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone: 217/367-8734
Email: MiraG60@aol.com