E-FILED
Friday, 31 March, 2006 01:53:33 PM
Clerk, U.S. District Court, ILCD

01328-P4235
MHS/njk
G:\35\P4235\P4235DCC 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.: 04 CV 2290 |
| ) | |
| GAILEY EYE CLINIC, ) | |
| Defendant. ) | |

**CERTIFICATE OF SERVICE FOR DISCOVERY**

The undersigned attorney hereby certifies that on the 31st day of March, 2006, he served copies of **RESPONSE TO PLAINTIFF'S REPLY TO DEFENDANT GAILEY EYE CLINIC'S RESPONSE TO PLAINTIFF'S SECOND REQUEST TO PRODUCE** and **DEFENDANT'S ANSWERS TO PLAINTIFF'S SUPPLEMENTAL INTERROGATORIES** to the Plaintiff by depositing same in the U.S. Mails at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Marvin Gerstein
803 South Grove Street
Urbana, IL 61801

As requested by the Federal Court of the Central District of Illinois, the originals of said documents were not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/ Monica H. Sholar
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: msholar@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060