E-FILED
Monday, 10 April, 2006 09:11:42 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-CV-2290 |
| GAILEY EYE CLINIC, | ) |
| Defendant. | ) |

MOTION TO QUASH NOTICE OF TAKING DEPOSITIONS

NOW COMES the Plaintiff, SHARON PRILLAMAN, by and through her attorney, MARVIN GERSTEIN, and for her Motion to Quash Notice of Taking Depositions, states as follows:

1.  On April 7, 2006, the undersigned attorney received copy of Notice of Taking Depositions, copy of which is attached.  Note:  The Notice of Taking Depositions is dated April 5, 2006, yet allegedly mailed April 4, 2006 while the Subpoenas and cover letters are dated April 5, 2006.

2.  At no time prior to the receipt of this Notice of Taking Depositions did the Defendant through its attorneys EDWARD WAGNER and/or MONICA SHOLAR ever discuss with the undersigned attorney the dates, times or the names of the deponents set forth in this Notice of Taking Depositions.

3.  The only communications engaged in with Defendant's counsels was through their secretary regarding the taking of the depositions of Terry Prillaman, Sr. and Terry Prillaman, Jr. as follows:

   a.  First scheduled for April 11, 2006 to begin at 9:30 a.m. at Defendant's counsels' office;

  b. These depositions were canceled subsequent thereto and apparently rescheduled for April 24, 2006 at 10:00 a.m. at Defendant's counsels' office, which was then rescheduled as a result of attorney EDWARD WAGNER's schedule with no explanation as to why (note setting of depositions for April 24, 2006 re: Notice of Taking Depositions which was never discussed with the undersigned attorney) to April 25, 2006 at 10:00 a.m. at Defendant's counsels' office.

  4. The undersigned attorney is a sole practitioner scheduled for trial as follows:

  a. *Verl N. Clark v. Herman Morris and Constance Morris*, case number 04-L-118, Fifth Judicial Circuit Court, Vermilion County, Illinois scheduled for a four to five day trial beginning June 26, 2006; and

  b. *Koni S. Dannaman v. Leslie N. Van Buren and Jeffrey L. Van Buren*, case number 04-L-67, Sixth Judicial Circuit Court, Champaign County, Illinois scheduled for a three to four day trial beginning July 17, 2006.

  5. The undersigned attorney advised both attorney MONICA SHOLAR and counsels' secretary that he was in trial preparation regarding these two trials involving evidence depositions of four medical providers with regard to the *Dannaman* matter on several occasions and in writing to attorney MONICA SHOLAR.

  6. The undersigned attorney has several witnesses to interview and prepare for in the *Clark* trial, including depositions scheduled in Danville, Illinois involving various individuals regarding heating furnace installation, electrical wiring requirements and home inspection expert witnesses.

  7. The named deponents set forth in the aforesaid Notice of Taking Depositions are either current or former employees of the Defendant or Defendant's predecessor, which were made known to the Defendant's counsel on June 6, 2005 per Answers to Interrogatories, copy of which is attached, as well as voluminous amount of documents received from the Illinois Department of Human Rights also containing information of several of the named deponents.

8.  The undersigned attorney has offered to agree to an extension of the May 1, 2006 discovery cut-off date regarding the above-entitled cause of action, notwithstanding the eleventh hour scheduling of the depositions set forth in the Defendant's Notice of Taking Depositions.

9.  Because the April 24, 2006 depositions of Terry Prillaman, Sr. and Terry Prillaman, Jr. were canceled as of April 4, 2006 in discussions with the Defendant's counsels' secretary, the undersigned attorney made plans to visit his brother and wife at their Michigan home on April 23-24, 2006, along with his aunt and cousin who recently lost their respective husbands, in order to belatedly celebrate the Passover season, which our schedules could not accommodate for the actual Passover Seder.

10. The undersigned attorney has already scheduled to meet with his client, Verl Clark on April 20, 2006 in Georgetown, Illinois, as well as scheduled interviews with the home inspection expert and the persons responsible for their opinions as to the heating furnace and electrical wiring experts in beginning preparation for trial, as well as anticipated evidence depositions to be scheduled and to address dispositive motions that might be forthcoming.

11. The undersigned attorney states again that no discussions were ever had about the scheduling of the depositions set forth in the Notice of Taking Depositions prior to its receipt with either attorney EDWARD WAGNER, attorney MONICA SHOLAR or their secretary.

12. In fact, the undersigned attorney had been working with attorney MONICA SHOLAR to resolve Defendant's objections to outstanding discovery of the Plaintiff, SHARON PRILLAMAN, served upon the Defendant, and provided Defendant's counsel with a Motion to Compel, which was not filed and which has not been filed, and both parties are seeking to resolve this discovery in an amicable manner.

13. The undersigned attorney in an attempt to resolve the Notice of Taking Depositions will not oppose any extension of time of the discovery cut-off deadline and would

suggest that deadline be August 15, 2006 so that the depositions requested by the Defendant can go forward following the *Dannaman* trial.

14. The undersigned attorney as stated is a sole practitioner and does not have anyone to cover these depositions set forth in the Notice of Taking Depositions except himself.

WHEREFORE, the Plaintiff, SHARON PRILLAMAN, by and through her attorney, MARVIN GERSTEIN, moves this Honorable Court for such Order of this Honorable Court quashing the Notice of Taking Depositions and respectfully requesting the extension of the discovery cut-off deadline date in the above-entitled cause of action to August 15, 2006 so that the Defendant can proceed with the intended depositions in accordance with attorney MARVIN GERSTEIN's schedule and respective opposing counsels' schedules, and for such other relief this Honorable Court deems appropriate.

DATED:    April 10, 2006            BY:    s/Marvin Gerstein
                                            Marvin Gerstein Bar Number: 0942162
                                            Attorney for Plaintiff
                                            Marvin Gerstein Attorney at Law
                                            803 South Grove Street
                                            Urbana, Illinois 61801
                                            Telephone: 217/367-8734
                                            Email: MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 04-CV-2290 ) |
| GAILEY EYE CLINIC, | ) ) |
| Defendant. | ) |

## CERTIFICATE OF SERVICE

I, the undersigned, certify that on April 10, 2006 a copy of the foregoing Motion to Quash Notice of Taking Depositions was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Ms. Monica Sholar
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

I, the undersigned, certify that on April 10, 2006 a copy of the foregoing Motion to Quash Notice of Taking Depositions was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois addressed to:

Ms. Monica Sholar
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

.

BY:  s/Marvin Gerstein
Marvin Gerstein Bar Number: 0942162
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
Telephone:  217/367-8734
Email:  MiraG60@aol.com