01328-P4235
MHS/njk
G:\35\P4235\P4235NDD 005

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

SHARON PRILLAMAN, )
                                          )
    Plaintiff, )
                                          )
    vs. )    No.: 04 CV 2290
                                          )
GAILEY EYE CLINIC, )
                                          )
    Defendant. )

### NOTICE OF TAKING DEPOSITIONS

TO:    Marvin Gerstein                        Area Wide Reporting
       803 S. Grove Street                  301 W. White Street
       Urbana, IL 61801                     Champaign, IL 61820

YOU AND EACH OF YOU WILL HEREBY TAKE NOTICE that on **Thursday, April 20, 2006**, the attorneys for the Defendant, Gailey Eye Clinic, will take the following depositions:

| | |
|---|---|
| Karen Crowder | 9:00 a.m. |
| Bridget Colleen | 10:00 a.m. |
| Jan Perigo | 1:00 p.m. |
| Lori Brown | 3:00 p.m. |

On **Monday, April 24, 2006**, the attorneys for the Defendant, Gailey Eye Clinic, will take the following depositions:

| | |
|---|---|
| Audrey Saffelder | 9:00 a.m. - via telephone conference |
| Cherree Rison | 11:00 a.m. |
| Betsy Wilson | 1:00 p.m. |
| Ambre Todd | 2:00 p.m. |

Said depositions will be taken at the law offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, IL, pursuant to Rule 30 and other applicable rules of the Federal Rules of Civil Procedure; to be taken on oral interrogatories before Area Wide

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

Reporting Service, a Certified Shorthand Reporter and Notary Public, or any other officer authorized by law to take depositions in like cases, at which time and place you may appear and cross-examine said witness.

Dated: April 5, 2006

                GAILEY EYE CLINIC, Defendant

                BY: _____
                      Monica H. Sholar
                      HEYL, ROYSTER, VOELKER & ALLEN

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing **NOTICE OF TAKING DEPOSITIONS** was served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelopes in a U.S. Post Office Box in Urbana, Illinois on the 4th day of April, 2005.

Marvin Gerstein
Attorney at Law
803 S. Grove Street
Urbana, IL  61801



                      Monica H. Sholar

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL  61803-0129
Fax (217) 344-9295
(217) 344-0060



Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

April 5, 2006

Ms. Betsty Wilson
3026 Park Haven Blvd.
Danville, IL 61832

IN RE:     Our File No.    :    01328-P4235
           Case No.        :    04 CV 2290
           Sharon Prillaman v. Gailey Eye Clinic

Dear Ms. Wilson:

Enclosed please find a Subpoena for Deposition requiring your presence at the offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, Illinois, on April 24, 2006. At that time you will be required to give your discovery deposition regarding the above captioned lawsuit.

Also enclosed is a check, the deposition and mileage fee required by law.

Thank you for your anticipated cooperation, and if you have any questions regarding this procedure, please contact my office.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

cc:    Mr. Marvin Gerstein

Enclosures: As Indicated
G:\35\P4235\P4235LTR 003



Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

April 5, 2006

Ms. Ambre Todd
1008 Kingdom Avenue
Danville, IL 61832

IN RE:    Our File No.   :   01328-P4235
          Case No.       :   04 CV 2290
          Sharon Prillaman v. Gailey Eye Clinic

Dear Ms. Todd:

Enclosed please find a Subpoena for Deposition requiring your presence at the offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, Illinois, on April 24, 2006. At that time you will be required to give your discovery deposition regarding the above captioned lawsuit.

Also enclosed is a check, the deposition and mileage fee required by law.

Thank you for your anticipated cooperation, and if you have any questions regarding this procedure, please contact my office.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

cc:    Mr. Marvin Gerstein

Enclosures: As Indicated
G:\35\P4235\P4235LTR 006



# HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

April 5, 2006

Ms. Cherree Rison
1362 W. Williams, #33
Danville, IL  61832

IN RE:     Our File No.    :    01328-P4235
           Case No.        :    04 CV 2290
           Sharon Prillaman v. Gailey Eye Clinic

Dear Ms. Rison:

Enclosed please find a Subpoena for Deposition requiring your presence at the offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, Illinois, on April 24, 2006. At that time you will be required to give your discovery deposition regarding the above captioned lawsuit.

Also enclosed is a check, the deposition and mileage fee required by law.

Thank you for your anticipated cooperation, and if you have any questions regarding this procedure, please contact my office.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN


BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

cc:    Mr. Marvin Gerstein

Enclosures:  As Indicated
G:\35\P4235\P4235LTR 008



Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
  *Managing Partner*
BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

April 5, 2006

Ms. Karen Jo Crowder
424 North Gilbert Street
Danville, IL 61832

IN RE:    Our File No.   :   01328-P4235
          Case No.       :   04 CV 2290
          Sharon Prillaman v. Gailey Eye Clinic

Dear Ms. Crowder:

Enclosed please find a Subpoena for Deposition requiring your presence at the offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, Illinois, on April 20, 2006. At that time you will be required to give your discovery deposition regarding the above captioned lawsuit.

Also enclosed is a check, the deposition and mileage fee required by law.

Thank you for your anticipated cooperation, and if you have any questions regarding this procedure, please contact my office.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN


BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

cc:    Mr. Marvin Gerstein

Enclosures:  As Indicated
G:\35\P4235\P4235LTR 004



# HEYL ROYSTER
## VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

April 5, 2006

Ms. Jan Perigo
7796 S. Gobbler's Knob Road
Williamsport, IN 47993

IN RE:    Our File No.  :    01328-P4235
          Case No.      :    04 CV 2290
          Sharon Prillaman v. Gailey Eye Clinic

Dear Ms. Perigo:

Enclosed please find a Subpoena for Deposition requiring your presence at the offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, Illinois, on April 20, 2006. At that time you will be required to give your discovery deposition regarding the above captioned lawsuit.

Also enclosed is a check, the deposition and mileage fee required by law.

Thank you for your anticipated cooperation, and if you have any questions regarding this procedure, please contact my office.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

cc:    Mr. Marvin Gerstein

Enclosures: As Indicated
G:\35\P4235\P4235LTR 005



Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
*Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

April 5, 2006

Ms. Bridget Colleen
14987 Short Road
Danville, IL  61832

IN RE:      Our File No.   :   01328-P4235
            Case No.       :   04 CV 2290
            Sharon Prillaman v. Gailey Eye Clinic

Dear Ms. Colleen:

Enclosed please find a Subpoena for Deposition requiring your presence at the offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, Illinois, on April 20, 2006. At that time you will be required to give your discovery deposition regarding the above captioned lawsuit.

Also enclosed is a check, the deposition and mileage fee required by law.

Thank you for your anticipated cooperation, and if you have any questions regarding this procedure, please contact my office.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN


BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

cc:    Mr. Marvin Gerstein

Enclosures: As Indicated
G:\35\P4235\P4235LTR 009



# HEYL ROYSTER
# VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
 *Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM I. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

April 5, 2006

Ms. Lori Brown
217 S. Virginia Ave.
Danville, IL 61832

IN RE:   Our File No.   :   01328-P4235
         Case No.       :   04 CV 2290
         Sharon Prillaman v. Gailey Eye Clinic

Dear Ms. Brown:

Enclosed please find a Subpoena for Deposition requiring your presence at the offices of Heyl, Royster, Voelker & Allen, Suite 300, 102 E. Main Street in Urbana, Illinois, on April 20, 2006. At that time you will be required to give your discovery deposition regarding the above captioned lawsuit.

Also enclosed is a check, the deposition and mileage fee required by law.

Thank you for your anticipated cooperation, and if you have any questions regarding this procedure, please contact my office.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

cc:   Mr. Marvin Gerstein

Enclosures: As Indicated
G:\35\P4235\P4235LTR 007

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

<u>      CENTRAL      </u> DISTRICT OF <u>      ILLINOIS      </u>

| SHARON PRILLAMAN | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| GAILEY EYE CLINIC | Case Number:[1]  04 CV 2290 |

TO: Lori Brown
217 S. Virginia Ave.
Danville, IL 61832

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

~~X   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.~~

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL 61801 | 4/20/2006, 3:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar  Attorney for Defendant Gailey Eye Clinic | 4/5/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL 61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

SHARON PRILLAMAN
V.
GAILEY EYE CLINIC

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   04 CV 2290

TO:  Ambre Todd
     1008 Kingdom Avenue
     Danville, IL  61832

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

X  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL  61801 | 4/24/2006, 2:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | 4/5/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

| SHARON PRILLAMAN | SUBPOENA IN A CIVIL CASE |
|---|---|
| V. | |
| GAILEY EYE CLINIC | Case Number:[1]  04 CV 2290 |

TO:  Jan Perigo
7796 S. Gobbler's Knob Road
Williamsport, IN  47993

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | |
|  | DATE AND TIME |
|  | |

X  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL  61801 | April 20, 2006, 1:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar | 4/5/2006 |
| Attorney for Defendant Gailey Eye Clinic | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

SHARON PRILLAMAN
V.
GAILEY EYE CLINIC

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]   04 CV 2290

TO:  Audrey Saffelder
     1008 Oakwood Lane
     Marion, IL 62959

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

X YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Southern Reporting, 305 West White Street, Marion, Illinois | 4/24/2006, 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar
Attorney for Defendant Gailey Eye Clinic |  |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL 61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

## Issued by the
## UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |

SHARON PRILLAMAN
V.
GAILEY EYE CLINIC

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  04 CV 2290

TO:  Karen Jo Crowder, CPA
424 North Gilbert Street
Danville, IL  61832

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

X  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL 61801 Heyl, Royster, Voelker & Allen | April 20, 2006, 9:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| **Monica H. Sholar** <br> **Attorney for Defendant Gailey Eye Clinic** | April 5, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Heyl, Royster, Voelker & Allen**
**Suite 300, 102 E. Main Street, Urbana, IL  61801**
**(217) 344-0060**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

| | |
|---|---|
| SHARON PRILLAMAN<br>V.<br>GAILEY EYE CLINIC | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]   04 CV 2290 |

TO: Betsy Wilson    Or:   508 Lawndale
    3026 Park Haven Blvd.
    Danville, IL  61832

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

☒ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL  61801 | 4/24/2006, 1:00 p.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | 4/5/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

# Issued by the
# UNITED STATES DISTRICT COURT

| 0CENTRAL | DISTRICT OF | ILLINOIS |

**SHARON PRILLAMAN**
V.
**GAILEY EYE CLINIC**

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]  04 CV 2290

TO: Bridget Colleen,
14987 Short Road, Danville, IL 61832

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

X  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL 61801 | 4/20/2006, 10:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | 4/5/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL 61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

| CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

| SHARON PRILLAMAN | **SUBPOENA IN A CIVIL CASE** |
|---|---|
| V. | |
| GAILEY EYE CLINIC | Case Number:[1]  04 CV 2290 |

TO:   Cherree Rison        Or: 1800 Perrysville Road, Lot 13
       1362 W. Williams, #33
       Danville, IL  61832

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

X   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL  61801 | 4/24/2006, 11:00 a.m. |

☐ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | 4/5/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

---

[1] If action is pending in district other than district of issuance, state district under case number.

0
Street
129
1803-0129



STER
R
N

firstclass

Mr. Marvin Gerstein
Attorney at Law
803 S. Grove
Urbana, IL 61801