01328-P4235
MHS
G:\35\P4235\P4235DH 002

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 04 CV 2290 |
| | ) | |
| GAILEY EYE CLINIC, | ) | |
| | ) | |
| Defendant. | ) | |

ANSWERS TO
**INTERROGATORIES**

Plaintiff, SHARON PRILLAMAN, is hereby notified to answer the following Interrogatories separately and fully in writing, under oath and within thirty (30) days after receipt thereof, pursuant to the requirements of Rules 26 and 33 of the Federal Rules of Civil Procedure, including the duty to seasonably supplement those answers pursuant to Rule 26(e).

PLEASE NOTE that these Interrogatories are directed to the knowledge of the plaintiff, the claimant, if different, and the plaintiff's attorneys or other agents.

IF PRIVILEGE IS CLAIMED for any information which would be otherwise provided in answering these Interrogatories, state the basis for the privilege and the general nature of the information for which the privilege is claimed.

**DEFINITIONS**

CLAIMANT. The term "claimant" as used in these Interrogatories is defined as Sharon Prillaman.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

1

IDENTIFY. The term "identify" as used in these Interrogatories means "give the name, age and last known address of."

MEDICAL PROVIDER. The term "medical provider" as used in these Interrogatories means "a hospital, nursing home, clinic, doctor, osteopath, chiropractor, psychologist, psychiatrist, therapist, nurse practitioner, counselor, or any other practitioner of the healing arts of any kind, and any pharmacy which has provided prescription medication for the claimant."

MEDICAL RECORDS. The term "medical records" as used in these Interrogatories means "all documents in the possession of any medical provider which relate to the claimant, including but not limited to all records of treatment or examination by the medical provider, or any other medical provider; all correspondence to and from any person or entity with respect to the physical or mental condition of the claimant; all bills, x-rays, hospital records; all documents in any way referring to the claimant's physical or mental condition; all insurance forms filled out or submitted or questionnaires answered by the medical provider with respect to the condition of the claimant."

INCIDENT. The term "incident" as used in these interrogatories means employment actions described in the Complaint.

THIS DEFENDANT. The term "this defendant" as used in these interrogatories means the Gailey Eye Clinic and its named employees.

DOCUMENTS. The term "documents" as used in these interrogatories means any item of a tangible nature including, but not limited to, information stored in any computer which can be retrieved.

 1. IDENTIFICATION OF CLAIMANT. Give the full name, address, social security number, date and place of birth, and spouse, if any, of the claimant at the time of the

HeylRoyster
Voelker
&Allen

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

incident, and any other names that the claimant has or may have used at any time, <u>including but not limited to</u>, maiden name, or name taken during a prior marriage.

ANSWER:

```
Sharon Ellen Prillaman
Maiden Name:  Alexander
SSN:  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
DOB:  09-29-1941
Place of Birth:  Danville, Illinois
Spouse:  Terry S. Prillaman
```

2. STATEMENTS. State whether any person, including plaintiff, and/or claimant if different, has given any statements regarding the incident, or the damages claimed to have resulted therefrom. If so, identify the person giving the statement, the person to whom the statement was given, the date of the statement and whether it was written, recorded or otherwise transcribed. Identify anyone believed to be in possession of said statements.

ANSWER:

```
Forms to Illinois Department of Human Rights (IDHR)
Telephone conversations with IDHR
Telephone conversations with Tricia McClelland, Investigator with IDHR
My presence and verbal responses to questions by Tricia McClelland at
    Fact Finding Conference May 14, 2002 at 10:30 a.m., Champaign Park
    District, 706 Kenwood Road, Champaign, Illinois
Those present at Fact Finding Conference including Barbara Clark,
    Admin. Gailey Eye Clinic, Kevin Kelly, Attorney for Defendant
    Gailey Eye Clinic

Note:  The dates for above range from the date of incident (5-23-2001)
    to present
```

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3. <u>WITNESSES - INCIDENT</u>. Identify each person known or believed to have knowledge concerning the incident, including but not limited to eyewitnesses. Indicate which of these persons are believed to be eyewitnesses.

<u>ANSWER</u>:

See attached.

4. <u>WITNESSES - DAMAGES</u>. Identify each person known or believed to have knowledge concerning the claimant's alleged injuries and/or damages.

<u>ANSWER</u>:

Terry Prillaman, husband
Terry Prillaman, Jr.



HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

4

## INTERROGATORY NO. 3:

### ANSWER:

Barbara Clark

Doris Robertson

Terry Prillaman, husband

Dr. Angelo Amaclerio

Karen Crowder

Judy Cradle

Dr. Mark Pellegrini

* Bridget Colleen

* Audrey Saffelder

* Jan Perigo

* Kathy Ramsey

* Tamara Schultz

* Darlene Allison

* Note: These are co-workers and I will list more later.

5.  <u>INVESTIGATIONS</u>. Identify anyone who investigated the incident, and state whether any report of investigation was prepared; if so, identify all of those in possession of said report.

<u>ANSWER</u>:

Tricia McClelland, IDHR Investigator
John Phelan, Attorney Lord, Bissell & Brook
Kevin Kelly, Attorney Lord, Bissell & Brook
Barbara Clark

6.  <u>LIENS</u>. Identify each person or entity, if any, that claims a lien or right to payment or reimbursement of any money from the proceeds of any settlement or judgment in this litigation.

<u>ANSWER</u>:

Marvin Gerstein, Attorney

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

5

7. <u>CRIMINAL CONVICTIONS</u>. If claimant has ever been convicted of or pled guilty to a crime other than a traffic violation, state the crime, the date of conviction, the court entering the judgment, and the sentence imposed.

<u>ANSWER</u>:

None.

8. <u>MEDICAL CARE</u>. Identify each medical provider who has examined, treated or otherwise dealt with the claimant at any time from five years prior to the date of the incident to the present. Indicate which of these are claimed to have provided medical care or treatment for injuries resulting from the incident, and for each, state whether claimant is currently receiving medical care or treatment.

<u>ANSWER</u>:

Objection.  Irrelevant and immaterial.  Scope of time overbroad
and burdensome.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

9. <u>SPECIALS</u>. List all bills which are claimed to have been incurred by anyone as a result of medical care provided to the claimant as a result of the incident. Identify the medical provider from whom each bill was received, the individual who has incurred said bill, the amount of each bill, whether it was paid, and if so, by whom (i.e., health insurer, workers' compensation insurer, claimant personally, etc.).

<u>ANSWER</u>:

None.

10. <u>LOST INCOME</u>. State the amount of wages, salary, income or other economic benefits (including potential for advancement) which the claimant claims to have lost, and/or to be likely to lose in the future as a result of the incident.

<u>ANSWER</u>:

```
See attached spreadsheets (through 9/26/2006 only).  This relates to
    IF I only worked through my 65th birthday.
```

HEYL ROYSTER
VOELKER
& ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

7

*attachment to (10.) Lost Income Interrogatories*

| | SHARON E. PRILLAMAN | | | | | | | LOSS of Income Due to Termination By Gailey Eye Clinic |
|---|---|---|---|---|---|---|---|---|
| | ~~~Danville/Gailey Eye Clinic~~~ | | | ~~~Illiana Real Estate~~~ | | | | |
| | Income Based on 5 Prior Years 1996-2000 | Doctor Anaclerio W-2 | Gailey Eye Clinic W-2 | Illiana Real Estate W-2 | Illiana Real Estate P&L Bus. | State of Illinois Unemployment Compensation | TOTAL INCOME | |
| 2001 | $ 28,463.19 | $6,946.10 | $7,795.82 | $ 2,000.00 | $ 9,475.00 | $ 8,944.00 | $ 35,160.92 | $ 13,721.27 |
| 2002 | 29,317.05 | | | 2,000.00 | 19,446.00 | 4,472.00 | 25,918.00 | 29,317.05 |
| 2003 | 30,196.60 | | | 2,000.00 | 23,053.00 | 3,542.00 | 28,595.00 | 30,196.60 |
| 2004 | 31,102.54 | | | 2,000.00 | 16,000.00 | | 49,102.54 | 31,102.54 |
| 2005 | 32,035.61 | | | 2,000.00 | 12,000.00 | | 14,000.00 | 32,035.61 |
| 2006 | 24,646.15 | | | 2,000.00 | 8,000.00 | | 10,000.00 | 24,646.15 |
| Totals: | $175,761.14 | $6,946.10 | $7,795.82 | $12,000.00 | $87,974.00 | $ 16,958.00 | $131,673.92 | $161,019.22 |
| | | | | Total Loss of Income due to Termination by Gailey Eye Clinic: | | | | $161,019.22 |
| | | | | Total Loss of Benefits due to Termination by Gailey Eye Clinic: | | | | $39,654.30 |
| Notes: | | | | | | Total Loss of Income and Benefits: | | $ 200,673.52 |

Notes:
5 prior years (1996-2000) employed by Dr. Anaclerio
2006 projected income only to 9/29/06 (Sharon Prillaman 65th birthday)
Illiana Real Estate Income 2004-2006 also projected
Details of Loss of Benefits (attached)

gailey.xls

| HEALTH INSURANCE BENEFITS | | | | | |
|---|---|---|---|---|---|
| 2001 | June-Dec. COBRA @ $618.19/mo | | | $ | 4,327.33 |
| 2002 | Jan.-Nov. @ $618.19 - 2 persons | $450.00/Dec. - 1 person | | | 7,250.09 |
| 2003 | Jan.-Dec. $450.00/month | | | | 5,400.00 |
| 2004 | Jan.-Dec. $450.00/month | | | | 5,400.00 |
| 2005 | Jan.-Dec. $450.00/month | | | | 5,400.00 |
| 2006 | Jan.-Sep. $450.00/month | | | | 4,050.00 |
| | Total Health Insurance Loss: | | | $ | 31,827.42 |
| **LIFE INSURANCE BENEFITS** | | | | | |
| Term Life Benefit equaled 2-1/2 X Salary - approx. $500.00/yr premium = $41.67/mo | | | | | |
| 2001 | 7 mos. | | | $ | 291.69 |
| 2002 | 12 mos. | | | | 500.04 |
| 2003 | 12 mos. | | | | 500.04 |
| 2004 | 12 mos. | | | | 500.04 |
| 2005 | 12 mos. | | | | 500.04 |
| 2006 | 9 mos. | | | | 375.03 |
| | Total Life Insurance Loss: | | | $ | 2,666.88 |
| **EYE CARE BENEFITS** | | | | | |
| Annual Exams $80.00 each for employee + dependent: | | | | | |
| 2001 | 2 exams | | | $ | 160.00 |
| 2002 | 2 exams | | | | 160.00 |
| 2003 | 2 exams | | | | 160.00 |
| 2004 | 2 exams | | | | 160.00 |
| 2005 | 2 exams | | | | 160.00 |
| 2006 | 2 exams | | | | 160.00 |
| | Total Annual Eye Exams Benefit Loss: | | | $ | 960.00 |
| *Eye Glasses Benefit:* | | | | | |
| | employee 50% disc. 1st pair 1st year | | | | |
| | employee 100% discount 1st pair 2nd year forward | | | | |
| | employee 50% discount additional pairs 2nd year forward | | | | |
| | Sharon Prillaman wears regular glasses, prescription sunglasses, | | | | |
| | plus computer glasses - conservative estimate of $400.00/per pair | | | | |
| 2001 | | | | | $200.00 |
| 2002 | | | | | 800.00 |
| 2003 | | | | | 800.00 |
| 2004 | | | | | 800.00 |
| 2005 | | | | | 800.00 |
| 2006 | | | | | 800.00 |
| | Total Eye Glasses Benefit Loss: | | | | $4,200.00 |
| TOTAL LOSS OF BENEFITS 6/2001-9/2006 | | | | | |
| by Sharon Prillaman from Gailey Eye Clinic | | | | | $39,654.30 |
| gaileybenefits.xls | | | | | |

11. <u>OTHER DAMAGES</u>. State whether any claimant has suffered damages of any kind other than those mentioned in answers to prior interrogatories; if so, describe such damages.

<u>ANSWER</u>:

Mental and emotional pain and suffering. No medical treatment required.

12. <u>TRIAL WITNESSES</u>. Identify each witness who will testify at trial, together with the subject of that witness' testimony.

<u>ANSWER</u>:

See Answer to Interrogatory No. 3. Will develop subject matter of witness testimony.



HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

8

13. <u>EXPERT WITNESSES</u>. Pursuant to Rule 26(2) of the Federal Rules of Civil Procedure, provide the name and address of each expert or opinion witness who will offer any testimony in this litigation, and with respect to each such witness, state:

    (a)    The subject matter on which the witness is expected to testify;

    (b)    The conclusions and/or opinions of the witness and the bases therefore;

    (c)    The qualifications of each witness, including a curriculum vitae and/or resume, if any;

<u>ANSWER</u>:

None at this time.

14. <u>EMPLOYMENT TERMINATION</u>. Identify why your employment with the Defendant was terminated, and identify each individual who had a role in the decision to terminate your employment, and for each individual identified, identify the substance of their involvement and further identify each and every witness or document which you believe describes their involvement.

<u>ANSWER</u>:

See attached.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

## INTERROGATORY NO. 14:

ANSWER:

My employment was terminated as the insurance/front desk position that Barbara Clark initially had me observing and training and was given to Ambre Todd, a 26 year old female instead of me, age 59.

When I telephoned Barbara Clark on 4/11/2001, the day I was advised to not do any more front desk and said I was quite surprised as she had told me yes, I was ok for the front desk position and we had even discussed salary as recently as 4/5/2001. I ended our conversation with "I know Ambre Todd is younger." Barbara replied "yes."

Barbara directed me to begin helping in medical records and then on 5/23/2001 with Doris Robertson also present handed me a memo (attached).

This is briefly what transpired. I have more knowledge and notes regarding this subject.

Dr. Dennis Lockhart, Board Certified Ophthalmologist and owner or partial owner of Gailey Eye Clinic, most certainly played a part in the decision to terminate me.

This is a mere summation of the facts of termination based upon age animus toward Plaintiff. See Federal Rule 26 Initial Disclosure Documents for more detail.

DATE:      May 22, 2001

TO:        Sharon Prillaman

FROM:      Barb Clark

RE:        Employment

We are terminating your employment effective today.

We will pay your regular salary through the end of this pay period, June 1, 2001. We ask that you return your clinic key and take your personal effects today.

16. <u>AGE</u>.  Identify each document and witness which you believe supports your claim that you were discriminated against on the basis of age.

<u>ANSWER</u>:

Note: No Interrogatory No. 15.  See Federal Rule 26 Initial Disclosure Documents.

GAILEY EYE CLINIC, Defendant

B███████████

Richard P. Klaus
HEYL, ROYSTER, VOELKER & ALLEN

YL ROYSTER
VOELKER
& ALLEN

Suite 300
2 E. Main Street
P.O. Box 129
ana, IL 61803-0129
x (217) 344-9295
(217) 344-0060

10

STATE OF ILLINOIS      )
                       ) ss
COUNTY OF CHAMPAIGN    )

### AFFIDAVIT

I, SHARON PRILLAMAN, after having been duly sworn upon my oath depose and state that the statements set forth in this Answers to Interrogatories are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.



**SHARON PRILLAMAN**

Subscribed and sworn to before me this

___ day of _____, 2005



Notary Public

"OFFICIAL SEAL"
Marvin Gerstein
Notary Public, State of Illinois
My Commission Exp. 03/05/2008

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-CV-2290 |
| GAILEY EYE CLINIC, | ) |
| Defendant. | ) |

### CERTIFICATE OF SERVICE

I, the undersigned, certify that a copy of the foregoing Answers to Interrogatories was served upon the parties named therein by enclosing said document in an envelope addressed to:

Mr. Richard Klaus
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois 61803-0129

with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois, on the 6th day of June, 2005.

MARVIN GERSTEIN
Attorney at Law

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
(217) 367-8734