

**MARVIN GERSTEIN**
Attorney at Law

803 S. Grove
Urbana, IL 61801
(217) 367-8734

March 23, 2006

Ms. Monica Sholar
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

RE:   Sharon E. Prillaman v. Gailey Eye Clinic
      Case No.: 04-CV-2290
      United States District Court
      Central District of Illinois, Urbana Division

Dear Monica:

This is to acknowledge your letter of March 20, 2006, and in accordance with Fed. R. Civ. P. 26(a)(1)(A), the following are the listed witnesses as per my obligation under Fed. R. Civ. P. 26(a)(1)(A) as well as further response to your Interrogatory No. 3 to my client, Ms. Sharon Prillaman:

Ms. Barbara Clark
Administrator
Galley Eye Clinic
1008 North Main Street
Bloomington, IL  61702-0757
309/829-5311, ext. 320
800/325-7706

Barbara Clark with Doris Robertson met with me 3/28/01 and asked me to begin training for the "front desk position" and discussed what my immediate duties would be, and additional ones after the new computer system was up and running. They both commented "things" involving the front desk were not getting done as they expected, and asked if I would like this position at the front desk. I replied, "Yes, of course, as I wanted to continue with Gailey Eye Clinic." Later that same day Barbara Clark and I talked of what my hourly wage would probably be for the front desk position with Gailey Eye Clinic-Danville.  Two weeks later via a conference telephone call Barbara Clark told Bridget Colleen and Audrey Saffelder that Dr. Lockhart and she had decided that they would replace me at the front desk with Ambre Todd, and that I should begin helping Darlene Allison with Patient Records (file room). May 23, 2001 Barbara Clark, in the presence of Doris Robertson, handed me a plain paper memo, dated the prior day terminating me from Gailey Eye Clinic with an immediate effective date.  Following, there ensued a lengthy discussion between Barbara and Doris and I.

Ms. Monica Sholar
March 23, 2006
Page two

Doris Robertson
Patient Services Manager
Gailey Eye Clinic
1008 North Main Street
Bloomington, IL 61702-0757
309/829-5311, ext. 322
800/325-7706

Doris Robertson was present with Barbara Clark on 3/28/01 when they proposed that I should begin training for the front desk position, as "things" were not getting done as they expected. She was also present when Barbara Clark handed me a memo terminating me from Gailey Eye Clinic on 5/23/01.

Terry S. Prillaman, Husband
409 North Chicago
Rossville, IL 60963
217/748-6518-home
217/748-6900 - business

Terry S. Prillaman, Jr., Son
1821 Moraine Drive
Champaign, IL 61822
217/359-5513

Dr. Angelo Anaclerio
Owner - Danville Eye Clinic (now retired)
22 Shady Lane
Danville, IL 61832

I began employment as Bookkeeper and Secretary for Dr. Anaclerio in June 1996. He wrote me a very complimentary reference letter right before his retirement in early 2001. Dr. Anaclerio and his wife Alberta currently spend a great deal of the year at their residence in the Bahamas.

Karen Jo Crowder, CPA
Crowder CPA's Ltd.
Bus:   424 North Gilbert Street
       Danville, IL 61832
       217/443-2727
Res:   415 South Eugene Avenue
       Cayuga, IN 47928
       765/492-3575

During my tenure with Danville Eye Clinic, Karen Crowder, CPA and I worked very closely auditing some past years (which occurred prior to my employment) records for Dr. Anaclerio. This culminated in re-filing taxes and a major savings for Dr. Anaclerio. She continued as his CPA and Karen can attest for my ability with bookkeeping/reconcilement of records.

Ms. Monica Sholar
March 23, 2006
Page three

Judy Cadle
Administrator
Danville Eye Clinic

Judy had been with Dr. Anaclerio - Danville Eye Clinic for many years. I reported directly to Judy Cadle during my tenure with Danville Eye Clinic. She resigned when it appeared Gailey was definitely purchasing Dr. Anaclerio's business and acquired a new position in KY. I later heard she had moved to somewhere in or near Chicago.

Dr. Mark Pellegrini, O.D.
Chittick's Eye Care
Bus:  851 East Orange Avenue
      Hoopeston, IL  60942
      217/283-7611
Res:  419 Wilkin Avenue
      Danville, IL  61832
      217/431-8723

Dr. Pellegrini was with Danville Eye Clinic and continued with Gailey Eye Clinic and can attest to my performance of correspondence/dictation and accounting, as well as my personal attributes and skills with co-workers and customer service skills.

Bridget Colleen
Optical Department, Manager/Co-Administrator
Danville Eye Clinic
Danville, IL 61832
Res:  14987 Short Road
      Danville, IL  61832
      217/446-2206

Bridget Colleen was an Optician then Manager of the Optical Department, later Co-Administrator/Clinic Manager with Audrey Saffelder of the Danville Eye Clinic, then Gailey Eye Clinic all during my tenure from June 1996 through May 2001. She was in this latter position when I was given the "front desk position" by Barbara Clark and subsequently when I was transferred to Patient Records (file room) to assist Darlene Allison when Ambre Todd was placed as the new trainee for the "front desk position".

Audrey Saffelder
Patient Services Manager/Co-Administrator
Danville Eye Clinic
Danville, IL  61832
Res:  1008 Oakwood Lane
      Marion, IL  62959
      618/998-1008

Ms. Monica Sholar
March 23, 2006
Page four

Neil Saffelder (husband or ex-husband)
1811 Juliana Drive
Marion, Il 62959
618/998-0134

Audrey Saffelder was hired 2/22/99 as Patient Services Manager. She later was Co-Administrator with Bridget Colleen. She was in this latter position when I was given the "front desk position" by Barbara Clark and subsequently when I was transferred to Patient Records to help Darlene Allison after Ambre Todd was placed as the new trainee for the "front desk". Audrey is the person who came to my office late in the afternoon of 4/11/01 and told me that she, Barbara Clark and Bridget Colleen had had a conference telephone conversation in the a.m. regarding me being replaced by Ambre Todd for the front desk trainee. She told me Barbara Clark had said that Dr. Lockhart and she had decided this should be done.

Jan Perigo
Patient Accounts Receivable
Danville Eye Clinic
Danville, IL 61832
Res:   7796 South Gobbler's Knob Road
       Williamsport, IN 47993
       765/893-4377

Jan Perigo was hired 4/21/98 as Manager, Patient Accounts. This included the accounts receivable department as well as the front desk. I worked closely with Jan monthly reconciling receivables issues. She was terminated from Gailey Eye Clinic the same day as I. Jan's birth date is 8/16/66.

Kathy Ramsay
Secretary/Dictation/Payables Assistant
Danville Eye Clinic
Danville, IL 61832
Res:   21 Stroup
       Danville, IL 61832
       217/431-2941

Kathy was hired 4/21/99. She and I worked very closely together, as she was my direct assistant for many duties, although she reported to the Patient Services Manager as she began doing the dictation and was a "floater" for telephone receptionist and file room. I reported directly to the Administrator.

Tamara Schultz
Receivables/Front Desk
Danville Eye Clinic
Res:   113 W Lake Blvd. Road
       Danville, IL 61832
       217/446-8105

Ms. Monica Sholar
March 23, 2006
Page five

Tammy was hired 8/9/99 and worked in Patient Accounts (receivables as well as front desk duties). Tammy was my "trainer" when I was the "trainee" for the "front desk position." We (she and I) were there mostly with Cherree Rison.

Darlene Allison
Patient Records
Danville Eye Clinic
Danville, IL 61832
Res:   5522 Highway 360
       Tellico Plains, TN 37385
       423/253-6801

Darlene was a long time employee with Danville Eye Clinic having being hired 4/25/83. Darlene trained me in Patient Records (file room). Gailey was having all the files redone so as to match paperwork at their other locations. This was quite an undertaking considering the amount of files. This is where I was placed after Ambre Todd became the new trainee at the front desk. I have listed below other co-workers and their home address and telephone numbers who would have had knowledge of my termination. I think Cherree Rison, Kay Swinford and Wanda White are still employed with Gailey Eye Clinic - Danville. The clinic is now in a newly constructed building located on Liberty Lane, Danville.

Ambre Todd, Optical Tech (front desk trainee - replacing Sharon Prillaman)
1008 Kingdom Avenue
Danville, IL 61832
217/442-3932

Dianne Page, Manager at Watseka Location
404 Clayton Drive
Watseka, IL 60970
815/432-6539

Lisa Surge, Patient Services, Watseka (current employer: Chitticks Eye Clinic)
250 W. North 1st Street
Wellington, IL 60973
815/984-4100

Lori Brown, Patient Services (telephone receptionist)
217 South Virginia Avenue
Danville, IL 61832
217/446-0852

Cherree Rison, Front Desk
1362 West Williams #33
Danville, IL 61832
217/446-9516

Ms. Monica Sholar
March 23, 2006
Page six

Kay Swinford, Optical Department
1621 North Gilbert Street
Danville, IL 61832
217/446-4057

Wanda White, Patient Services
23 North Alexander
Danville, IL 61832
217/446-4512

Betsy Wilson, Contact Lens Department (currently with Chitticks)
3026 Park Haven Blvd.
Danville, IL 61832
217/443-2182

In follow up to our telephone conversation of March 21, 2006, it is my understanding that as to those personnel records requested that you will be drafting the necessary protective order.

As regards Dr. Dennis Lockhart, I know that he was involved with Ms. Barbara Clark in the employment termination with regard to my client Ms. Sharon Prillaman's continued employment at Gailey Eye Clinic, so we can limit his personnel file to that period from when he took over the Danville Eye Clinic until some time in the future, i.e. when Ambre Todd terminated her employment with Gailey Eye Clinic.

I am hopeful that we can get these matters resolved without having to deal with a motion to compel, which to that end, under separate cover, I am providing you with a reply to your objections to the request to produce and your response thereto.

I know we have until May 1, 2006 to complete discovery and, as I indicated to you, hopefully the same courtesy will be provided my office, that I do not consider the May 1, 2006 deadline to be written in stone and I will cooperate with your office in any and every way to resolve this discovery.

Please be advised that on this date I have contacted Terry Prillaman, Sr. and Terry Prillaman, Jr. with regard to the taking of their respective depositions and the dates provided my office, and you do not have to subpoena them. I will provide them for their depositions at your office.

As you know, I have a three to four day jury trial starting June 26, 2006 in Vermilion County, Illinois and a three to four day jury trial beginning July 17, 2006 in Champaign County, Illinois, so I would prefer taking the depositions of Terry Prillaman, Sr. and Terry Prillaman, Jr. in the early part of April 2006, as indicated in your letter of March 20, 2006.

I hope this answers all of your questions regarding your letter of March 20, 2006. If you have any other questions or requests of my office, please feel free to contact my office and I will do my best to accommodate you.

Ms. Monica Sholar
March 23, 2006
Page seven

Hope you and Ed are doing well.

Thank you in advance for your considerate cooperation and attention in this regard. I remain

Very truly yours,


Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
217/367-8734

MG:sb