IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  04-CV-2290 |
| GAILEY EYE CLINIC, | ) | |
| Defendant. | ) | |

### MOTION FOR EMERGENCY HEARING

NOW COMES the Plaintiff, SHARON PRILLAMAN, by and through her attorney, MARVIN GERSTEIN, and for her Motion for Emergency Hearing, states as follows:

1. Plaintiff, SHARON PRILLAMAN, incorporates by reference her Motion to Quash Notice of Taking Depositions.

2. Because the Notice of Taking Depositions has set depositions for April 20, 2006 and April 24, 2006 respectively regarding several depositions sought to be taken on those two days, Plaintiff, SHARON PRILLAMAN, verily believes that the Motion to Quash Notice of Taking Depositions should be heard in an expedited manner.

WHEREFORE, the Plaintiff, SHARON PRILLAMAN, by and through her attorney, MARVIN GERSTEIN, moves this Honorable Court for such Order of this Honorable Court setting Plaintiff SHARON PRILLAMAN's Motion to Quash Notice of Taking Depositions for emergency and expedited hearing as this Honorable Court deems appropriate.

DATED:     April 10, 2006          BY:    s/Marvin Gerstein
                                          Marvin Gerstein Bar Number:  0942162
                                          Attorney for Plaintiff
                                          Marvin Gerstein Attorney at Law
                                          803 South Grove Street
                                          Urbana, Illinois  61801
                                          Telephone:  217/367-8734
                                          Email:  MiraG60@aol.com

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 04-CV-2290 |
| GAILEY EYE CLINIC, | ) |
| Defendant. | ) |

CERTIFICATE OF SERVICE

    I, the undersigned, certify that on April 10, 2006 a copy of the foregoing Motion for Emergency Hearing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

    Ms. Monica Sholar
    Heyl, Royster, Voelker & Allen
    102 East Main Street, Suite 300
    Post Office Box 129
    Urbana, Illinois  61803-0129

    I, the undersigned, certify that on April 10, 2006 a copy of the foregoing Motion for Emergency Hearing was served upon the parties named herein by enclosing said document in an envelope with postage fully pre-paid, and by depositing said envelope in the U. S. Mail in Urbana, Illinois addressed to:

    Ms. Monica Sholar
    Heyl, Royster, Voelker & Allen
    102 East Main Street, Suite 300
    Post Office Box 129
    Urbana, Illinois  61803-0129

.

    BY:   s/Marvin Gerstein
           Marvin Gerstein Bar Number:  0942162
           Attorney for Plaintiff
           Marvin Gerstein Attorney at Law
           803 South Grove Street
           Urbana, Illinois  61801
           Telephone:  217/367-8734
           Email:  MiraG60@aol.com