# HEYL ROYSTER
## VOELKER &ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
  *Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM L. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHYTE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANEELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DLUSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. ALTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW J. ROTH
ADAM J. LAGOCKI
LORI E. MCGEE
JANA L. BRADY
GREGORY J. RASTATTER
MONICA H. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN M. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

February 1, 2006

Mr. Marvin Gerstein
Attorney at Law
803 S. Grove
Urbana, IL 61801

IN RE:     Our File No.   :     01328-P4235
           Case No.       :     04 CV 2290
           Sharon Prillaman v. Gailey Eye Clinic

Dear Marvin:

Our records show you have not furnished us with a list of witnesses as required by Fed. R. Civ. P. 26(a)(1)(A).  Please provide us with a list of witnesses as soon as possible.

Thank you for your attention to this.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN

BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

G:\35\P4235\P4235LPA 011

**EXHIBIT A**



# MARVIN GERSTEIN
## Attorney at Law

803 S. Grove
Urbana, IL 61801
(217) 367-8734

February 16, 2006

Ms. Monica Sholar
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

RE:    Sharon E. Prillaman v. Gailey Eye Clinic
       Case No.:  04-CV-2290
       United States District Court
       Central District of Illinois, Urbana Division

Dear Monica:

In reviewing my file regarding the above-referenced pending cause of action, I have a note to myself that Richard Klaus at the time we were discussing answering Fed. R. Civ. P. 26(a)(1)(A) that he thought that the fact that I had forwarded to him the complete file received from the Illinois Department of Human Rights and from the United States Equal Employment Opportunity Commission that that would be satisfactory with regard to answering the initial discovery requirements of Rule 26(a)(1), which would includes 26(a)(1)(A) as it should have all of the names and addresses of the individuals to be disclosed.

I also provided you in Answers to Interrogatories at Interrogatory No. 3 as posed by your office that with regard to the names there listed with an asterisk those would be employees or former employees of Gailey Eye Clinic, to which should be added Ms. Ambre Todd.

Also, there should be added thereto Mr. Terry Prillaman, Jr., which was indicated in answer to your Interrogatory No. 4.

I have this date written to my client, Ms. Sharon Prillaman, to provide me with the addresses and telephone numbers of those non-employees of Gailey Eye Clinic and will provide you with same upon their receipt.

My suggestion is if you would be so kind as to contact my office at your earliest convenience we can set up an appointment with yourself and Mr. Ed Wagner and put together an appropriate witness list with regard to this issue.

We can then also work up a deposition of witnesses format to be taken as well as drafting the necessary protective order with regard to my Request to Produce Documents and your response thereto.

**EXHIBIT B**

Ms. Monica Sholar
February 16, 2006
Page two

If you have any questions or concerns with regard to this letter, please feel free to contact my office.

Thank you in advance for your considerate cooperation and attention in this regard. I remain

Very truly yours,


Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
217/367-8734

MG:sb



# MARVIN GERSTEIN
## Attorney at Law

803 S. Grove
Urbana, IL 61801
(217) 367-8734

March 9, 2006

Ms. Monica Sholar
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois 61803-0129

RE:    Sharon E. Prillaman v. Gailey Eye Clinic
       Case No.: 04-CV-2290
       United States District Court
       Central District of Illinois, Urbana Division

Dear Monica:

My client, Ms. Sharon Prillaman, has been out of town for over a month in Connecticut visiting her daughter and son-in-law and grandchildren, and has just returned. I should have the information as required pursuant to Fed. R. Civ. P. 26(a)(1)(A) available within the next week, week and a half.

Sorry for the delay and sorry for my own confusion in believing that this Fed. R. Civ. P. 26(a)(1)(A) had been previously satisfied.

If you have any questions concerning this, please feel free to contact my office.

Thank you in advance for your considerate cooperation and attention in this regard. I remain

Very truly yours,

Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois 61801
217/367-8734

MG:sb

**EXHIBIT C**



**HEYL ROYSTER**

**VOELKER & ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

OFFICES IN:
PEORIA, ILLINOIS
SPRINGFIELD, ILLINOIS
URBANA, ILLINOIS
ROCKFORD, ILLINOIS
EDWARDSVILLE, ILLINOIS

ROBERT V. DEWEY, JR.
  *Managing Partner*

BRENT H. GWILLIM
FREDERICK P. VELDE
REX K. LINDER
JAMES C. KEARNS
DOUGLAS J. POMATTO
GARY L. BORAH
TIMOTHY L. BERTSCHY
GARY D. NELSON
ROBERT H. SHULTZ, JR.
DAVID R. SINN
ROGER R. CLAYTON
BRADFORD B. INGRAM
EDWARD M. WAGNER
NICHOLAS J. BERTSCHY
GARY S. SCHWAB
MICHAEL E. RAUB
BRUCE L. BONDS
ADRIAN E. HARLESS
STEPHEN J. HEINE
KEVIN J. LUTHER
KAREN L. KENDALL
CRAIG S. YOUNG
WILLIAM J. COVEY
CHRISTOPHER P. LARSON
KENT L. PLOTNER
RICHARD K. HUNSAKER
SCOTT D. SPOONER
DANIEL R. SIMMONS
JOHN D. FLODSTROM
JAMES M. VOELKER
BRADFORD J. PETERSON
JOSEPH G. FEEHAN
MATTHEW S. HEFFLEFINGER
DAVID A. PERKINS
MARK J. MCCLENATHAN
LISA A. LACONTE
BRAD A. ELWARD
JAMES J. MANNING
TIMOTHY W. KIRK
MARK D. HANSEN
JAMES A. TELTHORST
JOSEPH P. WHITE
MICHAEL T. KOKAL
THERESA M. POWELL
KEITH E. FRUEHLING
DEBRA L. STEGALL
CRAIG L. UNRATH
BRENT A. SWANSON
TOBIN J. TAYLOR
EDWARD E. JOHNSTON
TIMOTHY A. GRAHAM
WILLIAM J. DYE, JR.
SCOTT G. SALEMI
SARAH L. PRATT
KATHLEEN M. STOCKWELL
PHILIP M. EISELE
DOUGLAS R. HEISE
MICHAEL D. CLARK
MICHAEL D. SCHAG
JAMES J. BENTIVOGLIO
CHARLES E. TIMMERWILKE
TAMARA K. HACKMANN
DREW M. SCHILLING
CHRISTINE M. MCCLIMANS
ROBERT M. BENNETT
TONEY J. TOMASO
JAY E. ZNANIECKI
MARK A. LUDOLPH
JOHN C. CRAIG
MICHAEL F. DANIELS
APRIL G. TROEMPER
MATTHEW R. BOOKER
THOMAS J. DUJSKI
KEITH B. HILL
ANDREW J. KEYT
BRAD A. ANTONACCI
THOMAS P. CROWLEY
AARON J. BRYANT
DEBORAH A. HAWKINS
GRAY M. MAGEE, III
JOHN O. LANGFELDER
LAURA L. AUTHARDT
CAROL J. PERKINS
MICHAEL J. DENNING
MARY JO KUCA
JEFFREY T. BASH
KINGSHUK K. ROY
ANDREW E. ROTH
ADAM J. LAGOCKI
LORI E. MCGIRK
JANA L. BRADY
GREGORY J. RASTATTER
MONICA M. SHOLAR
MAUREEN R. DE ARMOND
JOSEPH K. GUYETTE
JOHN N. REDLINGSHAFER
PATRICK D. CLOUD
PATRICK E. FOPPE
W. WYLIE BLAIR
CHRISTINE A. HEINSZ
PETER E. NAYLOR
MATTHEW J. MORRIS
JOHN K. KIM
LYNSEY A. CROWELL

March 20, 2006

Mr. Marvin Gerstein
Attorney at Law
803 S. Grove
Urbana, IL 61801

IN RE:      Our File No.   :      01328-P4235
             Case No.      :      04 CV 2290
             Sharon Prillaman v. Gailey Eye Clinic

Dear Marvin:

Could you please provide phone numbers and address for the following individuals listed on your witness list (you Answer to our Interrogatory No. 3) as required by Fed. R. Civ. P. 26:

Dr. Angelo Anaclerio
Karen Crowder
Judy Cradle
Dr. Mark Pellegrini
Kathy Ramsey
Darlene Allison.

I assume you do not have any contact information for the following people, as you have requested that we give you the last known contact information for these individuals in our file. If you do have phone numbers or addresses for these individuals, please let us know.

Jan Perigo
Ambre Todd
Bridget Coleen
Audrey Saffelder

Finally, we would like to depose Terry Prillaman Sr. and Terry Prillaman Jr. Please let us know if you will produce them or if you would like us to issue a subpoena. We are available to take their depositions on any of the following dates: April 10, 11, 12, 19, 20, 21, 25 and 26. We will determine whether any other depositions are necessary after we receive the contact information for the above individuals from you.

**EXHIBIT D**



**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Mr. Marvin Gerstein
File No.: 01328-P4235
March 20, 2006
Page 2

I know that you have promised to provide us with the above-requested information in recent correspondence, and that you are anticipating jury trials in other cases in the near future. However, we need this information as soon as possible in order to complete discovery by the May 1st deadline. If you do not have time to draft a letter with the contact information described above, please feel free to call or email the information to us. If I am not available you can leave the information with my secretary, Nancy Kidd, or Ed Wagner's secretary, Shannon Chalmers. We would like to receive the requested information on or before Thursday March 23nd.

We appreciate your prompt cooperation in this matter. We are in the process of responding to your Supplemental Interrogatories and to your Reply to our Response to your Second Request to Produce. Please expect these responses shortly.

If you have any questions, please do not hesitate to contact Ed Wagner or me.

Very truly yours,

HEYL, ROYSTER, VOELKER & ALLEN


BY:
Monica H. Sholar
Ext. 231
msholar@hrva.com
MHS/njk

G:\35\P4235\P4235LPA 014

**MARVIN GERSTEIN**
Attorney at Law

 803 S. Grove
Urbana, IL 61801
(217) 367-8734

March 23, 2006

Ms. Monica Sholar
Heyl, Royster, Voelker & Allen
102 East Main Street, Suite 300
Post Office Box 129
Urbana, Illinois  61803-0129

RE:    Sharon E. Prillaman v. Gailey Eye Clinic
       Case No.:  04-CV-2290
       United States District Court
       Central District of Illinois, Urbana Division

Dear Monica:

This is to acknowledge your letter of March 20, 2006, and in accordance with Fed. R. Civ. P. 26(a)(1)(A), the following are the listed witnesses as per my obligation under Fed. R. Civ. P. 26(a)(1)(A) as well as further response to your Interrogatory No. 3 to my client, Ms. Sharon Prillaman:

Ms. Barbara Clark
Administrator
Galley Eye Clinic
1008 North Main Street
Bloomington, IL  61702-0757
309/829-5311, ext. 320
800/325-7706

Barbara Clark with Doris Robertson met with me 3/28/01 and asked me to begin training for the "front desk position" and discussed what my immediate duties would be, and additional ones after the new computer system was up and running. They both commented "things" involving the front desk were not getting done as they expected, and asked if I would like this position at the front desk.  I replied, "Yes, of course, as I wanted to continue with Gailey Eye Clinic."  Later that same day Barbara Clark and I talked of what my hourly wage would probably be for the front desk position with Gailey Eye Clinic-Danville.  Two weeks later via a conference telephone call Barbara Clark told Bridget Colleen and Audrey Saffelder that Dr. Lockhart and she had decided that they would replace me at the front desk with Ambre Todd, and that I should begin helping Darlene Allison with Patient Records (file room).  May 23, 2001 Barbara Clark, in the presence of Doris Robertson, handed me a plain paper memo, dated the prior day terminating me from Gailey Eye Clinic with an immediate effective date.  Following, there ensued a lengthy discussion between Barbara and Doris and I.

**EXHIBIT E**

Ms. Monica Sholar
March 23, 2006
Page two

Doris Robertson
Patient Services Manager
Gailey Eye Clinic
1008 North Main Street
Bloomington, IL 61702-0757
309/829-5311, ext. 322
800/325-7706

Doris Robertson was present with Barbara Clark on 3/28/01 when they proposed that I should begin training for the front desk position, as "things" were not getting done as they expected. She was also present when Barbara Clark handed me a memo terminating me from Gailey Eye Clinic on 5/23/01.

Terry S. Prillaman, Husband
409 North Chicago
Rossville, IL 60963
217/748-6518-home
217/748-6900 - business

Terry S. Prillaman, Jr., Son
1821 Moraine Drive
Champaign, IL 61822
217/359-5513

Dr. Angelo Anaclerio
Owner - Danville Eye Clinic (now retired)
22 Shady Lane
Danville, IL 61832

I began employment as Bookkeeper and Secretary for Dr. Anaclerio in June 1996. He wrote me a very complimentary reference letter right before his retirement in early 2001. Dr. Anaclerio and his wife Alberta currently spend a great deal of the year at their residence in the Bahamas.

Karen Jo Crowder, CPA
Crowder CPA's Ltd.
Bus:    424 North Gilbert Street
        Danville, IL 61832
        217/443-2727
Res:    415 South Eugene Avenue
        Cayuga, IN 47928
        765/492-3575

During my tenure with Danville Eye Clinic, Karen Crowder, CPA and I worked very closely auditing some past years (which occurred prior to my employment) records for Dr. Anaclerio. This culminated in re-filing taxes and a major savings for Dr. Anaclerio. She continued as his CPA and Karen can attest for my ability with bookkeeping/reconcilement of records.

Ms. Monica Sholar
March 23, 2006
Page three

Judy Cadle
Administrator
Danville Eye Clinic

Judy had been with Dr. Anaclerio - Danville Eye Clinic for many years. I reported directly to Judy Cadle during my tenure with Danville Eye Clinic. She resigned when it appeared Gailey was definitely purchasing Dr. Anaclerio's business and acquired a new position in KY. I later heard she had moved to somewhere in or near Chicago.

Dr. Mark Pellegrini, O.D.
Chittick's Eye Care
Bus:    851 East Orange Avenue
        Hoopeston, IL  60942
        217/283-7611
Res:    419 Wilkin Avenue
        Danville, IL  61832
        217/431-8723

Dr. Pellegrini was with Danville Eye Clinic and continued with Gailey Eye Clinic and can attest to my performance of correspondence/dictation and accounting, as well as my personal attributes and skills with co-workers and customer service skills.

Bridget Colleen
Optical Department, Manager/Co-Administrator
Danville Eye Clinic
Danville, IL 61832
Res:    14987 Short Road
        Danville, IL  61832
        217/446-2206

Bridget Colleen was an Optician then Manager of the Optical Department, later Co-Administrator/Clinic Manager with Audrey Saffelder of the Danville Eye Clinic, then Gailey Eye Clinic all during my tenure from June 1996 through May 2001. She was in this latter position when I was given the "front desk position" by Barbara Clark and subsequently when I was transferred to Patient Records (file room) to assist Darlene Allison when Ambre Todd was placed as the new trainee for the "front desk position".

Audrey Saffelder
Patient Services Manager/Co-Administrator
Danville Eye Clinic
Danville, IL  61832
Res:    1008 Oakwood Lane
        Marion, IL  62959
        618/998-1008

Ms. Monica Sholar
March 23, 2006
Page four

Neil Saffelder (husband or ex-husband)
1811 Juliana Drive
Marion, Il 62959
618/998-0134

Audrey Saffelder was hired 2/22/99 as Patient Services Manager. She later was
Co-Administrator with Bridget Colleen. She was in this latter position when I was given the
"front desk position" by Barbara Clark and subsequently when I was transferred to Patient
Records to help Darlene Allison after Ambre Todd was placed as the new trainee for the "front
desk". Audrey is the person who came to my office late in the afternoon of 4/11/01 and told me
that she, Barbara Clark and Bridget Colleen had had a conference telephone conversation in
the a.m. regarding me being replaced by Ambre Todd for the front desk trainee. She told me
Barbara Clark had said that Dr. Lockhart and she had decided this should be done.

Jan Perigo
Patient Accounts Receivable
Danville Eye Clinic
Danville, IL 61832
Res:    7796 South Gobbler's Knob Road
        Williamsport, IN 47993
        765/893-4377

Jan Perigo was hired 4/21/98 as Manager, Patient Accounts. This included the accounts
receivable department as well as the front desk. I worked closely with Jan monthly reconciling
receivables issues. She was terminated from Gailey Eye Clinic the same day as I. Jan's birth
date is 8/16/66.

Kathy Ramsay
Secretary/Dictation/Payables Assistant
Danville Eye Clinic
Danville, IL 61832
Res:    21 Stroup
        Danville, IL 61832
        217/431-2941

Kathy was hired 4/21/99. She and I worked very closely together, as she was my direct
assistant for many duties, although she reported to the Patient Services Manager as she began
doing the dictation and was a "floater" for telephone receptionist and file room. I reported
directly to the Administrator.

Tamara Schultz
Receivables/Front Desk
Danville Eye Clinic
Res:    113 W Lake Blvd. Road
        Danville, IL 61832
        217/446-8105

Ms. Monica Sholar
March 23, 2006
Page five

Tammy was hired 8/9/99 and worked in Patient Accounts (receivables as well as front desk duties). Tammy was my "trainer" when I was the "trainee" for the "front desk position." We (she and I) were there mostly with Cherree Rison.

Darlene Allison
Patient Records
Danville Eye Clinic
Danville, IL  61832
Res:    5522 Highway 360
        Tellico Plains, TN  37385
        423/253-6801

Darlene was a long time employee with Danville Eye Clinic having being hired 4/25/83. Darlene trained me in Patient Records (file room). Gailey was having all the files redone so as to match paperwork at their other locations. This was quite an undertaking considering the amount of files. This is where I was placed after Ambre Todd became the new trainee at the front desk. I have listed below other co-workers and their home address and telephone numbers who would have had knowledge of my termination. I think Cherree Rison, Kay Swinford and Wanda White are still employed with Gailey Eye Clinic - Danville. The clinic is now in a newly constructed building located on Liberty Lane, Danville.

Ambre Todd, Optical Tech (front desk trainee - replacing Sharon Prillaman)
1008 Kingdom Avenue
Danville, IL 61832
217/442-3932

Dianne Page, Manager at Watseka Location
404 Clayton Drive
Watseka, IL  60970
815/432-6539

Lisa Surge, Patient Services, Watseka (current employer: Chitticks Eye Clinic)
250 W. North 1st Street
Wellington, IL  60973
815/984-4100

Lori Brown, Patient Services (telephone receptionist)
217 South Virginia Avenue
Danville, IL 61832
217/446-0852

Cherree Rison, Front Desk
1362 West Williams #33
Danville, IL  61832
217/446-9516

Ms. Monica Sholar
March 23, 2006
Page six

Kay Swinford, Optical Department
1621 North Gilbert Street
Danville, IL 61832
217/446-4057

Wanda White, Patient Services
23 North Alexander
Danville, IL 61832
217/446-4512

Betsy Wilson, Contact Lens Department (currently with Chitticks)
3026 Park Haven Blvd.
Danville, IL 61832
217/443-2182

In follow up to our telephone conversation of March 21, 2006, it is my understanding that as to those personnel records requested that you will be drafting the necessary protective order.

As regards Dr. Dennis Lockhart, I know that he was involved with Ms. Barbara Clark in the employment termination with regard to my client Ms. Sharon Prillaman's continued employment at Gailey Eye Clinic, so we can limit his personnel file to that period from when he took over the Danville Eye Clinic until some time in the future, i.e. when Ambre Todd terminated her employment with Gailey Eye Clinic.

I am hopeful that we can get these matters resolved without having to deal with a motion to compel, which to that end, under separate cover, I am providing you with a reply to your objections to the request to produce and your response thereto.

I know we have until May 1, 2006 to complete discovery and, as I indicated to you, hopefully the same courtesy will be provided my office, that I do not consider the May 1, 2006 deadline to be written in stone and I will cooperate with your office in any and every way to resolve this discovery.

Please be advised that on this date I have contacted Terry Prillaman, Sr. and Terry Prillaman, Jr. with regard to the taking of their respective depositions and the dates provided my office, and you do not have to subpoena them. I will provide them for their depositions at your office.

As you know, I have a three to four day jury trial starting June 26, 2006 in Vermilion County, Illinois and a three to four day jury trial beginning July 17, 2006 in Champaign County, Illinois, so I would prefer taking the depositions of Terry Prillaman, Sr. and Terry Prillaman, Jr. in the early part of April 2006, as indicated in your letter of March 20, 2006.

I hope this answers all of your questions regarding your letter of March 20, 2006. If you have any other questions or requests of my office, please feel free to contact my office and I will do my best to accommodate you.

Ms. Monica Sholar
March 23, 2006
Page seven

Hope you and Ed are doing well.

Thank you in advance for your considerate cooperation and attention in this regard.  I remain

Very truly yours,


Marvin Gerstein
Attorney at Law
803 South Grove Street
Urbana, Illinois  61801
217/367-8734

MG:sb

01328-P4235
MHS/njk
G:\35\P4235\P4235

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

SHARON PRILLAMAN,                )
                                 )
    Plaintiff,               )
                                 )
    vs.                      )    No.: 04 CV 2290
                                 )
GAILEY EYE CLINIC,               )
                                 )
    Defendant.               )

### AFFIDAVIT OF NANCY J. KIDD

Nancy J. Kidd, after first being duly sworn upon her oath, deposes and states as follows:

1.    My name is Nancy J. Kidd and I am over 18 years of age.

2.    The matters set out in this Affidavit are based upon my personal knowledge, and if sworn as a witness I could competently testify to the truth of the facts contained herein.

3.    I am employed as a legal secretary at the Urbana office of Heyl, Royster, Voelker & Allen.

4.    Attorney Monica Sholar instructed me to speak with Marvin Gerstein, the Plaintiffs' attorney, in order to coordinate the depositions of Terry Prillaman Jr. and Terry Prillaman Sr., who were both disclosed as witnesses by the Plaintiff's attorney in the above-referenced matter.

5.    As indicated in paragraph 9 of Plaintiff's Motion to Quash, I spoke with Mr. Gerstein on April 4, 2006 in order to reschedule the April 24, 2006 depositions of Terry

HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

**EXHIBIT F**

Prillaman Jr. and Terry Prillaman Sr. due to a conflict with attorney Edward M. Wagner's schedule. The depositions were rescheduled for April 25, 2006.

6.    Based on my recollection of my telephone conversation with Mr. Gerstein on April 4, 2006, I understood Mr. Gerstein to be generally available for depositions on both April 20, 2006 and April 24, 2006, among other dates.

7.    Based on this understanding, and at the request of attorney Monica Sholar, I prepared the necessary documents to set these depositions on April 20, 2006 and April 24, 2006. I began preparing the Subpoenas, Notices of Depositions and accompanying letters for the depositions of the following witnesses on April 5, 2006:

      a.    Karen Crowder

      b.    Bridget Colleen

      c.    Jan Pergio

      d.    Laurie Brown

      e.    Audry Saffelder

      f.    Cherree Rison

      g.    Betsy Wilson

      h.    Ambre Todd

8.    I called Mr. Gerstein's office on April 5, 2006 in order to notify him of the above-referenced Subpoenas and Notices of Depositions. However, Mr. Gerstein's voicemail message indicated that he would be out of the office on April 5, 2006 and April 6, 2006. The message indicated that the caller should not leave a message, but should instead call Mr. Gerstein after April 6th.



HEYLROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

9.     I finished preparing the above-referenced Subpoenas, Notices of Depositions and corresponding letters and mailed copies of said documents to Mr. Gerstein on April 6th.

Further Affiant sayeth not.

s/ Nancy Kidd_____

COUNTY OF **CHAMPAIGN**    )
                           ) ss
STATE OF    **ILLINOIS**    )

Signed and sworn to before me this  12th  day of April, 2006.

s/  Dianne Lockwood_____  (SEAL)
Notary Public



**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3

## Issued by the
# UNITED STATES DISTRICT COURT

CENTRAL       DISTRICT OF       ILLINOIS

SHARON PRILLAMAN
     V.
GAILEY EYE CLINIC

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    04 CV 2290

TO:    Cherree Rison      Or: 1800 Perrysville Road, Lot 13
       1362 W. Williams, #33
       Danville, IL  61832

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

X   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| **Suite 300, 102 E. Main Street, Urbana, IL  61801** | **4/24/2006, 11:00 a.m.** |

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

     Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | 4/5/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

**EXHIBIT G**

## PROOF OF SERVICE

|  | DATE 4-9-06 | PLACE 24136 Shake Rag Rd. |
|---|---|---|
| SERVED |  | Danville, IL |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Cherree Rison F/w 8-4-97 |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| J. T. Allen | Investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4-9-06
DATE

SIGNATURE OF SERVER

17 N. Vermilion
ADDRESS OF SERVER

Danville, IL

**Smith Investigations Inc.**
**Lawrence T Allen**
**IL. Lic. 117-001038**



## Issued by the
# UNITED STATES DISTRICT COURT

_____CENTRAL_____          DISTRICT OF          _____ILLINOIS_____

SHARON PRILLAMAN
V.
GAILEY EYE CLINIC

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    04 CV 2290

TO:    Ambre Todd
       1008 Kingdom Avenue
       Danville, IL  61832

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

**X**  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>**Suite 300, 102 E. Main Street, Urbana, IL  61801** | DATE AND TIME<br>**4/24/2006, 2:00 p.m.** |
|---|---|

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | DATE<br>4/5/2006 |
|---|---|

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 4-7-06  5:45Pm. | 1008 Kingdon Danville, IL |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Ambre Toss |  |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| L. T. Allen | Investigator |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4-7-06
                  DATE

SIGNATURE OF SERVER
17 N. Vermilion
ADDRESS OF SERVER
Danville, IL

**Smith Investigations, Inc.**
**Lawrence T. Allen**
**IL. Lic. 117-001038**



### Issued by the

# UNITED STATES DISTRICT COURT

____CENTRAL____  DISTRICT OF  ____ILLINOIS____

| | |
|---|---|
| SHARON PRILLAMAN<br>V.<br>GAILEY EYE CLINIC | **SUBPOENA IN A CIVIL CASE** *POSTED*<br><br>Case Number:[1]    04 CV 2290 |

TO:   Jan Perigo
      7796 S. Gobbler's Knob Road
      Williamsport, IN  47993

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

**X**  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>**Suite 300, 102 E. Main Street, Urbana, IL  61801** | DATE AND TIME<br>**April 20, 2006, 1:00 p.m.** |
|---|---|

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | DATE<br>4/5/2006 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Heyl, Royster, Voelker & Allen<br>Suite 300, 102 E. Main Street, Urbana, IL  61801<br>(217) 344-0060 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 4-7-06 5:00 P.M. | 2796 W. 1050 N. Rd. Kingman, IN |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Jan M. Perigo | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| L. T. Allen | INVESTIGATOR |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4-7-06
_____
DATE

SIGNATURE OF SERVER
_L T Vermilion_
ADDRESS OF SERVER

_Danville, IL_

**Smith Investigations Inc.**
**Lawrence T  Allen**
**IL. Lic. 117-001038**


RECEIVED APR 1 2 2006

AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

__CENTRAL__ DISTRICT OF __ILLINOIS__

| | |
|---|---|
| SHARON PRILLAMAN<br>V.<br>GAILEY EYE CLINIC | **SUBPOENA IN A CIVIL CASE**<br><br>Case Number:[1]   04 CV 2290 |

TO:   Lori Brown
217 S. Virginia Ave.
Danville, IL  61832

☐   YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

**X**   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION<br>**Suite 300, 102 E. Main Street, Urbana, IL  61801** | DATE AND TIME<br>**4/20/2006, 3:00 p.m.** |
|---|---|

☐   YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐   YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT)<br>Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | DATE<br>4/5/2006 |
|---|---|
| ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER<br>Heyl, Royster, Voelker & Allen<br>Suite 300, 102 E. Main Street, Urbana, IL  61801<br>(217) 344-0060 | |

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 4-6-06 | 317 S. Virgina Danville, IL |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Lori L. Brown | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| L. T. Allen | Investigator |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on    4-6-06
                        DATE

SIGNATURE OF SERVER

17 N. Vermilion
ADDRESS OF SERVER

Danville, IL

**Smith Investigations Inc.**
**Lawrence T Allen**
**IL. Lic. 117-001038**

**Issued by the**

# UNITED STATES DISTRICT COURT

__CENTRAL__    DISTRICT OF    __ILLINOIS__

SHARON PRILLAMAN                **SUBPOENA IN A CIVIL CASE**

V.

GAILEY EYE CLINIC

Case Number:[1]   04 CV 2290

TO:   Betsy Wilson      Or:   508 Lawndale
      3026 Park Haven Blvd.
      Danville, IL  61832

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below
   testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  | DATE AND TIME |

**X**  YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition
      in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL  61801 | 4/24/2006, 1:00 p.m. |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the
   place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
|  |  |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

   Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers,
directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated,
the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar<br>Attorney for Defendant Gailey Eye Clinic | 4/5/2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| SERVED | 4-6-06 | 159 N. Vermi. |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Betsy Wilson | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| L.T. Allen | Investigator |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on     4-6-06
                           DATE

SIGNATURE OF SERVER

17 N. Vermilion
ADDRESS OF SERVER

Danville, IL

Smith Investig
Lawrence 1
IL. Lic. 117-00

**Smith Investigations Inc.**
**Lawrence T Allen**
**IL. Lic. 117-001038**

%AO88  (Rev. 1794) Subpoena in a Civil Case

**Issued by the** POSTED

# UNITED STATES DISTRICT COURT

| 0CENTRAL | DISTRICT OF | ILLINOIS |
|---|---|---|

SHARON PRILLAMAN
V.
GAILEY EYE CLINIC

**SUBPOENA IN A CIVIL CASE**

Case Number:[1]    04 CV 2290

TO:    Bridget Colleen,
        14987 Short Road, Danville, IL  61832

☐  **YOU ARE COMMANDED** to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

**X    YOU ARE COMMANDED** to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL  61801 | 4/20/2006, 10:00 a.m. |

☐  **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |

☐  **YOU ARE COMMANDED** to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

    Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify.  Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Monica H. Sholar | 4/5/2006 |
| Attorney for Defendant Gailey Eye Clinic | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Heyl, Royster, Voelker & Allen
Suite 300, 102 E. Main Street, Urbana, IL  61801
(217) 344-0060

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| **SERVED** | 4-6-06 | 14987 Short Rd. Danville, IL |

**SERVED ON (PRINT NAME)**          **MANNER OF SERVICE**

Bridget L. Colleen

**SERVED BY (PRINT NAME)**          **TITLE**

L. T. Allen          Investigator

## DECLARATION OF SERVER

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.


Executed on ___4-6-06___
                    DATE


                                   **SIGNATURE OF SERVER**

                                   17 N. Vermilion
                                   **ADDRESS OF SERVER**

                                   Danville, IL


**Smith Investigations Inc.**
**Lawrence T Allen**
**IL. Lic. 117-001038**



AO88 (Rev. 1/94) Subpoena in a Civil Case

**Issued by the**

# UNITED STATES DISTRICT COURT

__CENTRAL__        DISTRICT OF        __ILLINOIS__

| | |
|---|---|
| SHARON PRILLAMAN | **SUBPOENA IN A CIVIL CASE** |
| V. | |
| GAILEY EYE CLINIC | |

Case Number:[1]    04 CV 2290

TO:    Karen Jo Crowder, CPA
       424 North Gilbert Street
       Danville, IL 61832

☐  YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | |
| | DATE AND TIME |
| | |

X   YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Suite 300, 102 E. Main Street, Urbana, IL 61801 Heyl, Royster, Voelker & Allen | April 20, 2006, 9:00 a.m. |

☐  YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

| PLACE | DATE AND TIME |
|---|---|
| | |
| | |

☐  YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
| | |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| **Monica H. Sholar** **Attorney for Defendant Gailey Eye Clinic** | April 5, 2006 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
**Heyl, Royster, Voelker & Allen**
**Suite 300, 102 E. Main Street, Urbana, IL 61801**
**(217) 344-0060**

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | 4-6-06 | 424 N. Gilbert |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|
| Karen Jo Crowder | |

| SERVED BY (PRINT NAME) | TITLE |
|---|---|
| L. T. Allen | Investigator |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____4-6-06_____
                    DATE

SIGNATURE OF SERVER

17 N. Vermilion
ADDRESS OF SERVER

Danville, IL

**Smith Investigations Inc.**
**Lawrence T Allen**
**IL. Lic. 117-001038**