E-FILED
Tuesday, 25 April, 2006 03:20:17 PM
Clerk, U.S. District Court, ILCD

01328-P4235
MHS/njk
G:\35\P4235\P4235PMI 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| Plaintiff, | ) |
| vs. | ) No.: 04 CV 2290 |
| GAILEY EYE CLINIC, | ) |
| Defendant. | ) |

**AGREED MOTION FOR ENTRY OF A PROTECTIVE ORDER**

NOW COMES Defendant GAILEY EYE CLINIC, by their attorneys, Edward M. Wagner and Monica H. Sholar of Heyl, Royster, Voelker & Allen, and Plaintiff, SHARON PRILLAMAN by Marvin Gerstein, her attorney, and for their Agreed Motion for Entry of a Protective Order states as follows:

1. Plaintiff's Second Request to Produce No. 27, which was mailed on or about October 6, 2005, requests the personnel files of the following former and current Gailey Eye Clinic employees:

      a.    Ambre Todd, a former Gailey employee;

      b.    Janet M. Pergio, a former Gailey employee;

      c.    Tamara Schultz, a current Gailey employee.

      d.    Barb Clark, and, a current Gailey employee;

      e.    Bridget Colleen, a former Gailey employee;

      f.    Audrey Saffelder, a former Gailey employee.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2. All six personnel files contain confidential information, such as addresses, phone numbers, social security numbers, performance evaluations, pay rates, tax documents and other sensitive financial information.

3. The parties have been working to resolve the dispute over whether and how to disclose the confidential information contained in these personnel files.

4. The parties agree that the attached and proposed Protective Order, marked as Exhibit "A", is an appropriate Order to provide the necessary protection to the individuals at issue concerning their confidential personal matters, while also allowing the parties to prepare and prosecute their respective cases.

WHEREFORE, the parties, pursuant to an agreement, request that this Court enter the attached and proposed Protective Order (Exhibit "A") for governance of the described personnel files and their possession and exchange in the discovery and trial of this case.

s/Marvin Gerstein
Marvin Gerstein
Attorney for Plaintiff
Marvin Gerstein Attorney at Law
803 South Grove Street
Urbana, IL 61801
217/367-8734 Phone
E-mail: MiraG60@aol.com

s/Monica H. Sholar
Monica H. Sholar
Attorney for Defendants
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: msholar@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

2

**CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Mr. Marvin Gerstein
803 South Grove Street
Urbana, IL 61801

        s/ Monica H. Sholar
        Attorney for Defendant
        Heyl, Royster, Voelker & Allen
        Suite 300
        102 E. Main Street
        P.O. Box 129
        Urbana, IL 61803-0129
        217-344-0060 Phone
        217-344-9295 Fax
        E-mail: msholar@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060

3