E-FILED
Wednesday, 26 April, 2006  03:08:24 PM
Clerk, U.S. District Court, ILCD

01328-P4235
MHS/njk
G:\35\P4235\P4235DCC 004

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No.: 04 CV 2290 |
| | ) |
| GAILEY EYE CLINIC, | ) |
| | ) |
| Defendant. | ) |

**CERTIFICATE OF COMPLIANCE**

The undersigned attorney hereby certifies that on the 26th day of April, 2006, she served copies of the **DEFENDANT'S SUPPLEMENTAL RULE 26 DISCLOSURE** to the Plaintiff by depositing same in the U.S. Mail at Urbana, Illinois, with proper postage affixed thereto, to:

Mr. Marvin Gerstein
803 South Grove
Urbana, IL  61801

As requested by the Federal Court of the Central District of Illinois, the original of said document was not filed with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

s/ Monica H. Sholar
Attorney for Defendant
Heyl, Royster, Voelker & Allen
Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
217-344-0060 Phone
217-344-9295 Fax
E-mail: msholar@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 300
102 E. Main Street
P.O. Box 129
Urbana, IL 61803-0129
Fax (217) 344-9295
(217) 344-0060