E-FILED
Tuesday, 16 May, 2006  02:30:10 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
### Urbana Division

| | |
|---|---|
| SHARON PRILLAMAN, )<br>　　　　　　Plaintiff, )<br>v. )<br>　　　　　　　　　　　　　　　)<br>GAILEY EYE CLINIC, )<br>　　　　　　Defendant. ) | Case No. 04-2290 |

## ORDER FOLLOWING REPORT OF SETTLEMENT

This case has been reported settled by the parties.

**IT IS, THEREFORE, ORDERED as follows:**

1. The oral motion by the parties that the Court issue a 35-day Order is **GRANTED**.

2. The parties are hereby directed to file with the court, within thirty-five (35) days of the date of this order, a stipulation of dismissal signed by both parties. Stipulation of dismissal is due by **June 20, 2006.**

3. All time tables and scheduled hearings are VACATED until further order.

4. Any pending motions in this case are rendered MOOT. If settlement does not occur, the parties can request that the motions be reinstated**.**

ENTER this 16th day of May, 2006.

　　　　　　　　　　　　　　　　　　　s/ DAVID G. BERNTHAL
　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE