01328-P4235
EMW/slc
G:\35\P4235\P4235SET 003

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| SHARON PRILLAMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 04 CV 2290 |
| | ) | |
| GAILEY EYE CLINIC, | ) | |
| | ) | |
| Defendant. | ) | |

**STIPULATION FOR DISMISSAL**

NOW COME the parties, by their respective counsel, and stipulate and agree that the above and foregoing cause of action of the Plaintiff, SHARON PRILLAMAN, be dismissed with prejudice, in bar of action, costs paid, cause of action satisfied.

| SHARON PRILLAMAN, Plaintiff | GAILEY EYE CLINIC, Defendant |
|---|---|
| s/Marvin Gerstein | s/Edward M. Wagner |
| Attorney for the Plaintiff | Attorney for Defendants |
| 803 South Grove Street | Heyl, Royster, Voelker & Allen |
| Urbana, IL 61801 | Suite 300 |
| 217-367-8734 Phone | 102 E. Main Street |
| E-mail: MiraG60@aol.com; | P.O. Box 129 |
| or ABSB85@aol.com | Urbana, IL 61803-0129 |
| | 217-344-0060 Phone |
| | 217-344-9295 Fax |
| | E-mail: ewagner@hrva.com |