IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| SHARON PRILLAMAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No.: 04 CV 2290 |
| | ) |
| GAILEY EYE CLINIC, | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL

Upon the written Stipulation of the parties filed herein, it is hereby ordered that the above-entitled cause of action is hereby dismissed with prejudice in bar of action, costs paid, cause of action satisfied.

ENTERED this ____ day of _____, 2006.

_____
JUDGE